# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN POULLARD <br> R# 06429-078 <br> (Shangowande Orunmila) <br> POB 26020 <br> Beaumont, TX 77720-6020 <br><br>           Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No: 07-0836 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Federal Bureau of Prisons, defendant in the above-captioned civil action.

                                                   __/s/_____
                                                   QUAN K. LUONG
                                                   Special Assistant United States Attorney
                                                   555 Fourth Street N.W., Rm E-4417
                                                   Washington, D.C.  20530
                                                   (202) 514-1950
                                                   quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **8** day of **June**, 2007, a true and correct copy of the foregoing **Notice of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

**RYAN POULLARD**
R06429-078
BEAUMONT FEDERAL CORRECTIONAL COMPLEX (LOW SECURITY)
P.O. Box 26020
Beaumont, TX 77720-6020

/ s /
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530