

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ryan Poullard )
(Shangowande Ajanaa-Werepe) )
)
)
v. ) Civil Action No. 1:07-CV-00836-JDB
)
THE FEDERAL BUREAU OF PRISONS )

**RECEIVED**

**JUL 1 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANT PURSUANT TO FED. R. CIV. P. 12 (a)

Plaintiff pro se, Ryan Poullard (Shangowande Ajanaa-Werepe), pursuant to Fed. R. Civ. P. 12(a), respectfully moves the court to enter its order for default judgment against the defendant in the above styled and numbered cause. Plaintiff would show the court the following:

I. **STATEMENT OF FACTS**

On May 15, 2007, summons (3) was "Issued as to FEDERAL BUREAU OF PRISONS, U.S. Attorney, and U.S. Attorney General." (emphasis added) See Exhibit A.

II. **ARGUMENT**

Fed. R. Civ. P. 12(a) states that "... a defendant shall serve an answer... within 60 days after the United States Attorney is served with the pleading asserting the claim." See Fed. R. Civ. P. 12(a)(3)(A). The docket for this action clearly establishes that the U.S. Attorney was served on May 15, 2007. To be timely, and to preserve the right to defend itself in this claim, an answer had to be filed by the defendant on or before July 15, 2007. As of July 16, 2007, the date of this Motion for Default Judgment, the defendant still has not answered plaintiff's complaint as required by the aforementioned Fed. R. Civ. P.

III. **CONCLUSION**

The time frame for response has now lapsed and the defendant is therefore in default. By law this action is res judicata. Plaintiff respectfully

prays that this honorable District Court for the District of Columbia issue its order for default judgment against the defendant forthwith.

Dated: This 16th day of July, 2007.

                                                   Respectfully Submitted,

                                                   Ryan Poullard
                                           (Shangowande Ajanaa-Werepe)
                                              Reg. # 06429-078
                                              P.O. Box 26020
                                              Beaumont, TX 77720-6020

**Exhibit A**

- SUMMONS (2) Issued as to FEDERAL BUREAU OF PRISONS, ~~[redacted]~~ and U.S. Attorney General (jf, ) (Entered: 05/16/2007)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Default Judgment Against the Defendant Pursuant to Fed. R. Civ. P. 12(a) was forwarded to the Clerk of the United States District Court for the District of Columbia, via first class mail, on this 16th day of July, 2007.

Ryan Poullard
(Shangowande Ajanaa-Werepe)