UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG  6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ryan Poullard | ) |
| (Shangowande Ajanaa—Werepe), | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.  07-836(JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
|         Defendant. | ) |

**PLAINTIFF'S MOTION REQUESTING PERMISSION TO SUPPLEMENT
ORIGINAL PLEADING IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS
WITH SUPPLEMENTAL PLEADING ATTACHED**

**INTRODUCTION**

Plaintiff pro se, Ryan Poullard (Shangowande Ajanaa—Werepe), hereby respectfully submits this Motion Requesting Permission to Supplement Original Pleading pursuant to Fed. R. Civ. P. 15(d) in response to Defendant's Motion to Dismiss and in compliance with the court's order dated July 19, 2007. In the event that the court grants the plaintiff permission to supplement his original pleading, plaintiff hereby notifies the court that all issues raised in Defendant's Motion to Dismiss are addressed and rectified in the attached supplemental pleading.  Plaintiff prays that his Motion Requesting Permission to Supplement Original Pleading be granted for the reasons set forth below.

**BACKGROUND**

Plaintiff is not an attorney and is admittedly ignorant in many areas of law.  This issue was brought to the court's attention in the preliminary state-ment of the plaintiff's complaint.  See Compl.—at ¶ 1.  Since the filing of his original pleading plaintiff has, with the assistance of his family, attempted to secure a membership with the American Civil Liberties Union (ACLU) and has made an effort to obtain the services of an attorney.  See Attachment A.  Qualified counsel would have advised the plaintiff about the legitimate issues raised

in Defendant's Motion and this advise would have enabled the plaintiff to amend his complaint in a timely fashion. However, because plaintiff is on his own, he has had no choice but to try to assert his rights with the scanty knowledge at his disposal. Plaintiff's lack of knowledge is to be blamed for the defects in his original pleading.

ARGUMENT

**A. Events Which Have Happened Since the Date of the Original Pleading**

In plaintiff's New and Unfamiliar Religious Components submittal that was approved nearly three years ago, the need for Ide's (beaded bracelets) and Ileke's (beaded necklaces) which are to be worn by believers at all times was clearly specified. See Attachment B at page 3. Because the defendant, after more than two years, had not provided these necessities or any avenue for believers to adhere to his fundamental component of the Ifa faith, plaintiff and other members of his faith group were forced to meet this religious need themselves. This is the same type of situation that led to the July 19, 2006, infraction addressed in plaintiff's complaint. Using hobby craft beading materials, plaintiff and other members of his faith group made their own Ide's and Ileke's and began wearing them as required by their faith.

On July 12, 2007, during the evening meal, Correctional Officer (C.O.) Havis questioned the plaintiff about his religious beads and then ordered him to show some paperwork to prove that they were religious in nature. Plaintiff went to his housing unit and returned to the dining hall with his approval letter and New and Unfamiliar Religious Components submittal as ordered. In front of the dining hall and in the presence of at least three other staff members, C.O. Havis and Case Manager Perkins questioned the plaintiff's religion and made him explain. C.O. Havis concluded his interrogation by stating "You need to get a pass from the chaplain."

The very next day, on July 13, 2007, plaintiff's mother came to visit him

and C.O. Edwards refused to let the plaintiff enter the visiting room.  In an
effort to rectify this situation, plaintiff went to the Lieutenant's (Lt.)
Office to explain the religious significance of his beads.  When the plaintiff
entered the Lt.'s Office Lt. Garcia asked the plaintiff "Who do you run with on
the yard?"  Plaintiff responded "I run by myself."  Lt. Garcia then looked
towards Lt. Adams and stated "Latin King."  Lt. Adams asked plaintiff where he
was from and then asked him if he was a Latin King.  Plaintiff informed Lt.
Adams that he is Black, not Hispanic, Latino, or Latin.  Lt. Adams responded
with a curt "So."  Trying to avoid a confrontation or any further waste of
his visitation time, plaintiff informed Lt. Adams of the religious significance
of his beads and C.O. Edwards' denial of his entry into the visitation room.

    Lt. Adams asked the plaintiff "What is your religion?"  Plaintiff
responded "Ifa."  Lt. Adams then asked "What is Ifa?"  C.O. Lyles then inter-
rupted and stated "I know his religion."  Lt. Adams responded by stating "Well,
tell Edwards to let him in visitation."  Plaintiff left the Lt.'s Office and
visited with his mother.  On July 23, 2007, plaintiff's father, who is rarely
able to visit the plaintiff, took leave from work to visit plaintiff.  Again,
C.O. Edwards denied the plaintiff entry into the visiting room because of his
religious beads.  Once more, plaintiff went to the Lt.'s Office in a second
attempt to rectify this frustrating situation.  When plaintiff entered the
Lt.'s Office C.O. Lyles informed plaintiff that Chaplain Watanabe advised
correctional services that beads for the plaintiff's faith group can only be
worn in the chapel.

    Plaintiff was denied his visit with his father because of his required
religious beads.  Additionally, and to avoid being forced to chose between
obedience to an arbitrary rule and faithful adherence to the tenets of his
sincerely held religious beliefs, plaintiff has had no choice but to instruct
his family not to visit him until this problem has been corrected.  Because

-3-

the defendant has refused to provide the plaintiff with a pass for his required
Ide and Ileke's, plaintiff is presently being denied his right to visit with
his family.

**B. Pursuant to Fed. R. Civ. P. 15(d), "Permission May Be Granted Even Though
the Original Pleading is Defective in its Statement of a Claim for Relief..."**

Plaintiff understands that his original pleading is in fact defective in
its statement of a claim for relief and the attached supplemental pleading has
corrected these errors.  Plaintiff now prays that his Motion Requesting
Permission to Supplement Original Pleading With Supplemental Pleading Attached
be granted so that his legitimate claims may be heard by this court.

**CONCLUSION**

For all of the foregoing reasons, plaintiff earnestly asks that his Motion
Requesting Permission to Supplement Original Pleading be granted.

<u>Verification</u>

I declare under penalty of perjury that the foregoing is true and correct.
28 U.S.C. § 1746.  Signed this 2nd day of August, 2007.


Respectfully submitted,

Ryan Poullard
(Shangowande Ajanaa-Werepe)
Reg. # 06429-078
P.O. Box 26020
Beaumont, TX 77720-6020

-4-

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Requesting Permission to Supplement Original Pleading in Response to Defendant's Motion to Dismiss with Supplemental Pleading Attached was forwarded to the Clerk of the United States District Court for the District of Columbia, via first class mail, on this 2nd day of August, 2007.


Ryan Poullard
(Shangowande Ajanaa-Werepe)

**Attachment A**



# LAW FIRM L.L.P.

**JAMES E. PAYNE**
ATTORNEY

BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

BOARD CERTIFIED: CIVIL TRIAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY

~~June 18, 2007~~

Mr. Shangowande Ajanaa-Werepe
A/k/a Ryann Poullard
Reg. #06429-078 SA
P.O. Box 26020
Beaumont, Texas  77720-6020

Dear Mr. Werepe:

Thank you for considering the services of Provost ★ Umphrey Law Firm, LLP, however, I must regretfully decline your offer of representation at this time.  I am returning the documentation you provided for my review.

Once again, thank you for considering our services.

Very truly yours,

James E. Payne

JEP:gm

490 PARK STREET • P.O. BOX 4905 • BEAUMONT, TEXAS 77704
409-835-6000 • 1-800-289-0101 • DIRECT FAX: 409-813-8605
jpayne@provostumphrey.com • www.provostumphrey.com

Beaumont, TX • Houston, TX • Dallas, TX • Tyler, TX • Nashville, TN • Memphis, TN • North Little Rock, AR



Attachment B

*Submitted to Supervisory*
*Chaplain on 4/27/04*

*Ryan Poullard*

Date:  January 23, 2003

From:  Phillip Williams, Supervisory Chaplain

To:  Poullard, Ryan Reg. # 06429-078
     Unit SA

*Total number of pages : 34*

Please provide the following information in seeking official recognition of your faith group.

1. What is the official name of the faith group?

2. Who is the leader (superintendent, president, or governing body) of the faith group in the United States?

3. What is the address and telephone number of the faith group headquarters in the U.S.?

4. What are the basic tenants of faith or teachings of the faith group?  If there are particular reference materials which would be useful, please provide titles and/or additional materials.

5. Does the faith group have appointed teachers and ministers?

6. Are the faith group ministers or teachers available to visit incarcerated members of the faith group?

7. Are there religious holidays to be observed by members of the faith group?  If so, when are these holidays and what religious practices are necessary on each of these holidays?

8. Is there any specific wearing apparel necessary for members of the faith group?  If so, please describe in detail each item and its religious significance.

9. Is there any specific religious headware necessary for the members of the faith group?  If so, please describe in detail each item and where it can be obtained.

10. Are there any other religious items necessary and what are their religious significance?

11. Is the group open to all inmates?

12. What are the time and space requirements for this group?

13. Is there a religious diet required for members of the faith group?  If so, what does it entail?

14. Is there a traditional day of worship?  Is there a mandatory time of worship?

*Revised & Resubmitted on*
*6/14/04 (42 A.D.) Sarginarde*

*Total number of pages: 39*

RYAN POULLARD
06429-078

## RESPONSE TO NEW AND UNFAMILIAR RELIGIOUS COMPONENTS QUESTIONAIRE

1. Ifa

2. There is no single leader or governing body for my faith group in the U.S.  This question is the equivalent of asking "who is the leader or president of the Christian faith in the U.S.?" There are a number of sects and schools of thought within the Christian faith, and this multitude of denominations is not under the leadership of any one superintendent or governing body.

3. Since the leader and headquarters issues do not apply to my faith, I will provide contact information for two separate Ifa entities.

| **Ifa Foundation** | **Ile Awise Ifa** |
|---|---|
| African Spiritual Market | 4321 Cardinal |
| P.O. Box 2048 | Dallas, TX 75216 |
| Deleon Springs, FL 32130-2048 | (214) 372-3754 |
| ifafoundation.org | or |
| | (214) 372-3637 |

The Ifa Foundation is a mainstream organization that teaches a rather watered down version of my faith.  Ile Awise Ifa teaches the more traditional, orthodox wisdom of Ifa.

4.  1) There is to be no practice of wickedness.

2) There is to be no stealing.

3) There is to be no selfishness.

4) There is to be no covenant breaking nor falsehood.

— 5) There is to be no hypocrisy.

6) There are to be no acts of atrocity committed against one's neighbors.

7) There is to be honor and respect to the elders.

8) There is to be protection of the women.

9) There is to be truthfulness and uprightness.

10) There is to be kindness and generosity.

11) There is to be sensitivity in respect to person-to-person relationships.

12) There is to be chastity in respect to vows of mates.

13) There are to be hospitable directives.

Ifa teaches that one's destiny can only be reached through:

a) the divinatory processes left to us by the ancestors;

b) prescriptions of rituals and sacrifice to the spiritual dimensional beings (Orisha) whose forces impact upon human development and evolution;

c) the moral ethics to which humans must adhere in order to be victorious over oppressive human and spiritual forces.

(See "Additional Insight" section for book list)

5. No. As stated above, there is no single leader or governing body, and therefore, appointments and positions other than the traditional ranks of Ifa do not exist. Within this faith group there are devotees, Olorisha's (priests and priestesses), Babalawo's, and Iyalawo's. A Babalawo is a Yoruba scientist, doctor, and high priest. The literal translation of this term into english is "Father of the secrets." The Iyalawo is the female counterpart of the Babalawo, and the Iya prefix means mother. The fact that these formal appointments and positions do not exist within the Ifa tradition does not mean that teachers are nonexistent. There are many individuals within the higher ranks of Ifa that are equipped and willing to teach.

6. There are no ministers, but there are members of the Ifa priesthood that are qualified teachers and they are available to visit incarcerated members of this faith group.

7. Yes. Olodumare is God Almighty, the supreme ruler of heaven and earth. As supreme ruler, He has delegated certain powers and authority to numerous angelic forces. These ministers of Olodumare are known in the Ifa faith as the Orisha. Each of the principal Orisha governs or owns a certain day of the week, a certain month, a certain planet, a certain color or colors, certain foods, a certain number or numbers, a certain musical pitch, a certain sign of the zodiac, certain herbs and plants, a certain gem or gems, certain scents (incense), a certain yogic chakra, and a certain area of life or human activity. Each of the principal Orisha are worshiped and celebrated annually during His or Her month, and an Egun (Ancestors) celebration also takes place annually. These celebrations will take place on the following dates:

| | |
|---|---|
| Shango- January 16th and 17th | Shopona- June 8th and 9th |
| Egun- February 1rst and 2nd | Yemowo- July 21rst and 22nd |
| Olokun- February 4th and 5th | Orisha-nla- August 8th and 9th |
| Ogun- March 21rst and 22nd | Oya- September 4th and 5th |
| Oshun- April 11th and 12th | Oshun- October 11th and 12th |
| Ibeji (Twins)- May 5th and 6th | Eshu- November 25th and 26th |
| | Orunmila- December 30th and 31rst |

Drumming, religious dance, communal worship, offerings (kola nuts, cowrie shells, fruit, etc.), prayer, meditation (candles and incense), and colored facial paint will be a necessity on these holy days. Colored facial paint is worn during ritual dances and worship ceremonies. The colors used are the colors of the Orisha being worshiped. If the Egun are being worshiped, multiple colors will be used. (see

-2-

attachment #15)  Facial paint will be congregational property.

8. ~~Ileke (beads)- The ileke are the religious beads that mark the first level of actual commitment made by the novices. These consecrated necklaces are made in the colors of the various Orisha, and they are to be worn at all times.~~  In the Ifa faith, every person born into this world is ruled and influenced by a certain Orisha.  Through initiation, the devotee receives the ashe (spirit or authority) of his/her ruling Orisha.  As an uninitiated devotee, I am unable to provide details, but the entire initiation process is similar to being initiated into a college fraternity.  The initiate must study the particular Orisha that he/she is receiving and everything that pertains to that Orisha.  Rituals are performed by the presiding priest on the behalf of the initiate and the ileke are ceremoniously presented to the newly initiated Iyawo, or wife/bride of the Orisha.  Also, via different levels of initiation, initiates receive other Orisha (Warriors- Ogun, Oshoosi, Oya, Osun; Orunmila; Eshu, etc.).  For each Orisha received the initiate is given consecrated ileke in the color(s) of the respective Orisha.

~~Ide- This is a wristlet of religious beads~~ (see attachment #1).  When an initiate receives his own Ifa or the ashe of Orunmila, by way of initiation, he/she is given the consecrated ide along with Orunmila's Ikin, Opele, and the Ifa seeds container (the consecrated objects of Orunmila).  These items are described in response #10. ~~The ide is worn on the left wrist and is Orunmila's symbol to Iku (death) that the devotee is a "child of the Prophet" and should not be taken before his/her time. The ide is to be worn at all times.~~

9. **The White Hat of High Priesthood-** This religious headware is not worn by all members of the faith group.  Only the individuals that have been initiated into the upper levels of the priesthood will be permitted to wear this headware.  Orisha-nla is the god of purity, clarity, and uprightness (mental and spiritual).  This white hat serves as a reminder to the priest that his moral character must always remain pure and upright.  Orisha-nla is the molder of human form, the creative sculptor that forms the embryonic body of infants inside the womb.  The Ifa priest, like Orisha-nla, shapes and forms the spiritual lives of his followers.  This hat is a symbol of the ashe and the tremendous responsibility that rests upon the head of an Ifa priest.  This hat is not simply purchased and worn by anyone who so desires.  The right to wear this hat is earned through various levels of initiation, and when these requirements have been met, the hat can be obtained through **Ile Awise Ifa.**  Like the black clothing and white collar worn by Catholic priests, this hat is an insignia of office and it is not worn by all members of the Ifa faith group.

10. **Divination Implements-** For the uninitiated, four Obi (kola nut) valves *[R.P.P.]

*[R.P.P.]- Religious Personal Property

-3-

are used and these Obi are cast upon a small circular straw mat or tray *[R.P.P.].
The Obi are also used by the initiated and the uninitiated alike to determine what
offerings must be made to the Orisha and Egun.   The Bible and the Torah mention ten
different types of offerings that were/are to be made by the children of Israel and
all proselytes.   These offering types are: 1) burnt offerings, 2) drink offerings,
3) free will offerings, 4) heave offerings, 5) meal offerings, 6) peace offerings,
7) sin offerings, 8) thank offerings, 9) trespass offerings, and 10) wave offerings.
The offerings made in Ifa are made for the same reasons as some of the offerings
mentioned in the Bible and the Torah, and some of the offering types are the same.
Obi divination is used to make determinations related to offerings in the same manner
that lots are used in Leviticus 16:8-10.   After offerings are made, the Obi are used
again to determine whether or not the offerings are acceptable.   Since the uninitiated
are not permitted to use the sacred Ifa oracle or the consecrated objects of Orunmila,
Tarot/Oracle cards will be an available option for devotees.   These cards can also
serve as an additional divinatory tool for the initiated.   For the devotees that
have been initiated into the priesthood, the consecrated objects of Orunmila and
the tools of the priesthood will be a necessity.

**The Consecrated Objects of Orunmila consist of the following:**

Ikin **[R.P.P.]** – palm nuts/kernels; at least sixteen (see attachment #2A).

Opele **[R.P.P.]**– divining chain (see attachment #2B).

**Ifa Seeds Container [R.P.P.]**– the ikin are kept in this container (see attachment #3).

Ide– wristlet of religious beads (already mentioned and described above).

**The Tools of the Priesthood consist of the following:**

Opon Ifa **[R.P.P.]**– divining tray (see attachment #4).

**Divination Staff [R.P.P.]**– when divining, this staff is struck rhythmically upon
the Opon Ifa as initial prayers are made to Orunmila.   The staff is a hand carved
wooden insignia of office. (see attachment #5)

**Horse Tail [R.P.P.]**– sacred insignia of the priestly office. (see attachment #6)

**Iye–irosu [R.P.P.]**– sacred powder used in divination to mark the Odu on the Opon
Ifa.   The Odu are sacred symbols that represent the original language of the Egun
and Orisha. (see attachment #12)

**Agogo **[C.P.]**– this gong or bell is struck during the initial prayers prior to divination.
The gong is also used as a musical instrument during rituals and worship.   (see attachment
#7)

**Cowrie Shells [R.P.P.]**– used in divination to communicate directly with certain Orisha.
Often referred to as merindinlogun (sixteen) because of the number of cowrie shells

*[R.P.P.]– Religious Personal Property    **[C.P.]– Congregational Property

used for this type of divination.

   **Materials for Offerings**– During the religious holiday celebrations unto the various Orisha and the Egun, special offerings will be made.  These offerings will consist of the following:

**Kolanuts (Plain, Bitter, and White)**– the traditional and customary offering made in Orisha worship.  Bitter kolanuts are offered to Shango, white kolanuts are offered to Orisha-nla, and plain kolanuts are offered to the remaining Orisha and the Egun.

**Cowrie Shells**– these shells were used as, and known as owo (money) in ancient times. This is a symbolic tithe offering asking the Orisha and Egun to bestow blessings of prosperity.

**Red Parrot Feathers**– traditional symbol of honor and dignity.  Oral tradition says that Orunmila presented two red parrot feathers to the Alafin (King) as a payment of homage.  A single parrot feather is also worn in the white hat of high priesthood when a priest is deemed worthy by his community.  This honor can also be bestowed upon the priest by a divine decree revealed through divination.  (see attachment #13)

**Peacock Feathers**– oral tradition says that Orunmila presented two peacock feathers to Orisha-nla as a payment of homage.  Because of their association with Orisha-nla in the oral tradition, peacock feathers are viewed in the Ifa faith as a symbol of majesty and nobility.

**Loose Beads**– devotees will string beads to make necklaces or any other creative gifts with these beads, and these gifts will be offered to the Orisha and Egun.  For Orisha holiday celebrations the beads <u>must</u> be in the color(s) of the Orisha worshiped.  For the Egun holiday celebration the beads will be in a variety of colors.  A small, light weight fishing line will be sufficient for the stringing of beads.

**Fruit**– apples, oranges, grapefruits, bananas, honeydew melons, cantaloupes, pineapples, etc.

   The Ifa faith is built upon the "reciprocity of ashe."  The heavenly forces are reverently invoked and prayed to and are expected to respond to the devout, granting their supplications and providing protection from malevolent forces.  In return, the devout are expected to replenish the ashe through sacrifice and offerings.  These sacrifices and offerings can be divided into two categories:

   1) Offerings of cloths and fruit; cooked or uncooked foods and tangible objects. (offerings of this type have been mentioned above)

   2) Offerings of any object that has been first utilized to spiritually cleanse oneself. (as in spiritual baths, rubbing fruit over the body, etc.)

   The spiritual cleansings and baths mentioned in the second category are an absolute necessity in the Ifa faith.  Consecrated traditional **black soap** will be used for these spiritual cleansings.  This soap is an all natural herbal soap that is handmade

by Ifa priests and priestesses. (All materials for offerings will be congregational property)

**Materials for Praise and Worship**- **consecrated drums, beaded calabashes** (see attachment #8), and **gongs** (**agogo** mentioned above).  Novices must learn the sacred dances and songs.  These worship instruments are necessary because in the Ifa faith dance is a form of prayer and empowerment centered on the body-temple. (All materials for praise and worship will be congregational property)

**Materials for Shrines**- indoor (chapel) and outdoor (Ifa lodge) shrines will be required.  The sacred objects of each individual Orisha (see Orisha attachment) will be enshrined in the Ifa lodge, as well as representations of the Egun and Oduduwa. Shrines are decorated and adorned representations of the Orisha and the Egun.  The outdoor shrines will be placed on pedestals to keep the consecrated representations from touching the ground.  Carved wooden images of each individual Orisha, the Egun, and the representation of Osun (see attachment #10B) will also be kept in the chapel for Ifa worship services.  Each indoor (chapel) image will be adorned with cloth and beads in the color(s) of the Orisha represented.  A variety of colors will be used to adorn the Egun image.  The outdoor shrines will be adorned with beads only or some other sort of weather resistant gifts.  Most of the offerings made to the Orisha and the Egun will be left at the outdoor shrines.  Oil will be poured upon the consecrated indoor (chapel) images as an offering.  The pouring of oil upon the emblems of the divinities is a customary drink offering that is usually done on a daily basis.  This is the only type of drink offering that will be made during Ifa chapel services. (All materials for shrines will be congregational property)

**Materials for Chapel Prayer, Meditation, and Divination**- **incense** (in the specific scents owned by the various Orisha), **colored candles** (in the colors(s) owned by the various Orisha), and **cups** or **containers** (clear or white in color) for water. Water is an offering, an absorber of negative energies, and a representation of intuitive and psychic ability.  Candles and incense will serve as a burnt offering and they will be burned in the chapel for weekly, and holiday services.  Ritual and Orisha music CD's will be needed for prayer and meditation.  These CD's are recordings of ritual drumming and Ifa songs of praise.  (All materials for chapel prayer, meditation, and divination will be congregational property)

**Study Materials**- "Ifism: The Complete Works of Orunmila" (all volumes) by C. Osamaro Ibie and "The Sacred Ifa Oracle" by Afolabi A. Epega and Phillip John Neimark contain the holy scriptures of this faith group.  These books are as important to the Ifa faith as the Bible is to Christianity.  Also, books, videos, and tapes/CD's will be needed for the study of astrology, divination, rituals, Ifa dance, Ifa songs, Ifa prayers, Ifa drumming, Ifa mythology, the Yoruba language, Yoruba history, Yoruba

proverbs, African history, African proverbs, Egyptian history, Egyptian mythology, Egyptology in general, and traditional African religions. (All study materials will be congregational property)

11. Yes

12. An outdoor lodge will be needed for drumming, religious dance, and the building of fires. The Orisha Shango is the god of thunder, lightning, and fire. Shango is also the owner of the drums. When drumming is done in the Ifa faith, a fire is lit to invoke the spirit of Shango, the owner of the drums. Daily libations, personal offerings, prayer and/or divinations will be made at the Ifa lodge. Libations are drink offerings of water that are poured on the ground before the shrines of the Orisha and Egun. Weekly chapel time and space will also be needed for study, instruction, prayer, meditation, and divination.

Divination, in essence, is a means for obtaining heavenly guidance. In Exodus 28:28-30 the Lord is giving instructions to Moses about the high priest's ephod and the breastplate of judgement. Verse 28 states the the breastplate is not to be loosed from the ephod, and verse 30 says that Urim and Thummim are to be placed in the breastplate of judgement. The Hastings' Dictionary of the Bible's definition of Urim and Thummim is as follows: "These denote the two essential parts of the sacred oracle by which in early times the Hebrews sought to ascertain the will of God. Thummim as most believe, denotes 'innocence.' Urim should denote 'guilt'- a sense which some would give it by connecting it with the verb meaning 'to curse.' Urim and Thummim are life and death, yes and no, light and darkness." This yes and no method of ascertaining the will of God is divination, and it's Ifa equivalent is found in the use of the Obi. A perfect Biblical example of divination is found in I Samuel 30:7-8.

13. An all natural vegetarian diet will be required for the Ifa faith group.

In Christianity and Judaism, the manner in which an animal dies or is killed determines whether or not it's flesh is acceptable for eating. This is clearly illustrated in Leviticus 22:8 and I Corinthians 10:20-21 and 28. In the Ifa tradition, the animals that are sacrificed unto the Orisha are eaten during communal feasts by priests/priestesses and devotees alike. The individual that offers a sacrifice is commanded to prepare a feast with the flesh of the animal, and this feast serves as a celebration in honor of the Orisha that has received the supplicants sacrifice. However, in an institution setting, this type of sacrifice is completely unacceptable. The eating of flesh serves a spiritual purpose in the Ifa tradition, and this purpose is directly connected to sacrifice. Without sacrifice, the eating of flesh (seafood included) is not permitted and a religious vegetarian diet will need to be available for the adherents who wish to worship in strict accordance with tradition.

-7-

The body is a receptacle of divine spiritual energy, and it's ability to receive and channel this energy is hindered by unnatural eating habits. Man's digestive system clearly reveals that man is a vegetarian by nature, therefore the consumption of animal foods should be avoided completely unless this consumption serves a spiritual purpose.

In nature, animal flesh eaters have a short digestive tract (approximately two thirds the length of their bodies) while vegetarians have a longer digestive tract (humans- thirty to thirty five feet long). Humans have an intestine that resembles that of vegetarian animals, and man does not have the ability to perspire through the mouth like natural flesh eaters. Meat remains in the human body for as long as three days, while the natural meat eater's flesh diet allows meat to leave the body quickly (one day or less). The presence of undigested meats within the body for prolonged periods causes toxins to be absorbed into the body creating not only disease, but an inability to effectively carry out spiritual tasks. If an individual wishes to overcome the base emotions, cravings, and desires of the lower nature through the power of the spirit, the body/receptacle must first be cleansed and purified with an all natural vegetarian diet. The health and strength of the body/receptacle must first be maximized in order to realize the full potential of the spirit. To achieve this, all foods of animal origin, dairy products included, should be avoided. The Ifa vegetarian diet will consist of the following:

**Breakfast:**

**Whole Grain Cereals and/or Bran Cereals; Coconut Milk-** main course.

**Raw Unsalted Nuts-** protein source.

**Fruit Juices-** sources of essential vitamins and nutrients.

**Other Meals:**

**Raw Unsalted Nuts-** protein source.

**Rice and Whole Wheat Bread-** carbohydrate sources.

**Graham Crackers and/or Broccoli-** calcium sources.

**Raw Vegetables-** (cauliflower, tomatoe, celery, carrots, cucumber, bell pepper, green leafy vegetables, etc.) sources of essential vitamins and nutrients.

**Fruit-** (apples, pears, oranges, grapefruit, melons, cantaloupe, bananas, pineapple, etc.) sources of essential vitamins and nutrients.

**Special Items to be Served on Ifa Holidays:**

**Kolanuts-** the eating of kolanut on festival days is an ancient Ifa tradition. Bitter kolanuts will be eaten on Shango holy days, white kolanuts will be eaten on Orisha-nla holy days, and plain kolanuts will be eaten on all other Ifa holy days.

**Cooked Vegetable Dish-** (plantain, yams, cabbage, broccoli, cauliflower, corn, lentils, peas, asparagus tips, etc.) served hot.

14.  The Orisha and Egun are worshiped everyday at anytime.


## Additional Insight

Most of the required items for this faith group have been mentioned above, but human error is to be blamed for a few oversights.  Ritual and initiation are two extremely important facets of the Ifa faith.  For initiation rituals an igbodu (hut) will need to be erected in the Ifa outdoor lodge.  This sacred hut is a traditional and essential component of the initiation process, and it is built specifically for initiation rituals.  The igbodu serves as a sort of spiritual cocoon.  The initiate enters the hut, accompanied by the presiding priest, on a caterpillar level of spiritual development.  The priest deposits the ancient wisdom into the mind of the initiate and invokes the heavenly powers to bless the Ori (head) of the initiate.  When the ritual process is complete, the newly initiated adherent emerges from the igbodu transformed, like a butterfly from the cocoon.

Divination in the Ifa faith is literally a "dialog with the gods."  Every act of divination is, in a very tangible way, an intimate communication with divinity, a chance for personal exchange between the diviner and the Orisha.  Eshu is the guardian of the crossroads and an opener of doors, and this includes the doors of communication that are essential for successful divination.  For this reason, a representation of Eshu is a requirement for all acts of divination.  This representation should be a consecrated Eshu received from a priest/priestess within the Orisha tradition (attachment #9), or if this is not available then an Eshu stone will be an acceptable substitute.  The consecrated Eshu is a statue that is handmade by Ifa priests/priestesses.  Both (the latter will not be necessary when the former is available) items will be religious personal property to be used for divinations done in the owner's room/cubicle.  Also, for divinations, meditations, and prayers done at the chapel, traditional straw prayer mats will be needed as well as pillows for sitting (see attachment #12).  Mats and pillows will be congregational property.

In the "Orisha Attachment," some Orisha have been highlighted and some have not.  The Yoruba empire covered a vast portion of West Africa during it's height and as a result, there are other tribes that adhere to the Ifa faith.  In the Benin oral tradition there are believed to be two hundred Orisha in existence.  However, in the Yoruba oral tradition the number is believed to be over four hundred.  Attempting to list and describe such a long list of deities would undoubtedly prove to be a rather overwhelming task.  Also, since some of these Orisha rule over activities that do not apply to an institution setting (farming for example), only the principal Orisha have been highlighted and focused

-9-

upon.

In attachment #10A the symbols of Ogun are shown and knives, as well as animal sacrifices are mentioned.  As stated above in response #13, sacrifice in an institution setting is completely unacceptable.  This also applies to knives.  The use of knives in the worship of Ogun is not a requirement.  The only reason they are mentioned is because they are generally made of iron, and Ogun is the god of iron.

In attachment #14 a sword and Shango's double headed ax are shown.  The double headed ax is a beaded dance wand that is used in celebratory rites for Shango.  A beaded sword similar to the one pictured in attachment #14 is traditionally used as a dance wand in celebratory rites for Ogun.  These objects are sacred symbols that are used in Ifa dance and the invoking of the Orisha.

In attachment #9, the last paragraph speaks of "one possessed with Orisha."  This spiritual possession, so to speak, is a common occurence in the Ifa faith and it is also mentioned a number of times throughout the Bible.  The word possessed is defined in the Websters' Ninth New Collegiate Dictionary as "influenced or controlled by something," and possession is defined as "a psychological state in which an individual's normal personality is replaced by another."  These definitions are exemplified in I Samuel 10:10-11 and Acts 2:3-4.

The prostration that is mentioned in the last paragraph of attachment #9 stems from the extremely polite nature of Yoruba culture.  Some Nigerians deem the Yoruba to be the most respectful, and well-mannered tribe in all of Africa.  The offices of King, Queen, chief, and Babalawo are divinely ordained positions in the eyes of the Yoruba and prostration is a must in their presence.  Also, in the same manner that Muslims and Buddhists prostrate while praying, Ifa devotees prostrate before the shrines of the Orisha as they petition the heavens for assistance.  These acts are social norms in the Yoruba culture, and they are traditional gestures in the Ifa faith.

To establish and maintain the incarcerated Ifa communities, volunteer Ifa priests and/or priestesses will be an absolute necessity.  These volunteers will provide initiation and instruction for novices, as well as for those devotees who wish to become priests and/or Babalawo's.  The above mentioned items, along with the items mentioned in the main

body, will serve the basic needs of this faith group.

The origins of the people and culture known as Yoruba are so wrapped up in antiquity that to exactly say where and when it all began is impossible. However, it is safe to say that Yoruba history begins with the migration of an East African population across the trans-African route leading from the mid-Nile river area to the mid-Niger. This migration from ancient Egypt to the holy city of Ile-Ife in present day Nigeria was led by King Oduduwa, the chief ancestor of the Yoruba. Confirmation of this historical stance is found in the numerous similarities between the ways of the Yoruba and the ways of the Egyptians. The migration of Oduduwa and his followers brought Africa's ancient wisdom to the West African coast.

It is common knowledge that West Africa was the primary source of slaves during the trans-atlantic slave trade. This unprecedented forced migration brought Ifa to the New World. As captives, African men and women were forced to worship the Orisha secretly and carefully. Despite the prohibition imposed by their enslavers, they went on venerating their Orisha by hiding them behind the images of Roman Catholic saints, or on shelves below them, concealed by embroidered altar cloths. These acts of bravery and ingenuity ultimately gave birth to the religions that are known today as Santeria, Candomble, and Lucumi. Ifa is the foundation upon which all of these religions were built, and this becomes unmistakably clear through study and comparison. In Santeria, the principal Orisha (sometimes called saints in Santeria) are the same, most of the drumming patterns are the same, and a great deal of the Yoruba language has been preserved in prayers and Orisha songs. On the other hand, there are also a number of differences between Santeria and Ifa. For instance, the sacred Odu were revealed to Orunmila in a particular order of seniority, but in Santeria this order has been rearranged. The term "Santeria" itself is referring to "the saints." These "saints are the Catholic saints that were used as a disguise for the Orisha during slavery. To further disguise the worship of the Orisha, the traditional Ifa celebrations or holidays were done away with and catholic holidays were used as a camouflage. Under the threat of death this casting aside of ancient tradition is clearly justifiable, but when this threat was removed, Catholicism remained. Santeria has also, due to prolonged separation from it's roots, developed it's own mythology and methods, and these changes have essentially created a system that is far removed from the ancient traditions of Ifa.

Santeria, as a religion, is approved and officially recognized by the Bureau of

-11-

Prisons.  Because the above mentioned religions are the offspring of traditional
orthodox Ifa, the devotees of Santeria will be welcomed and encouraged to worship in
the Ifa community.

## Book List

1)  "Ifism: The Complete Works of Orunmila" Volume 1 by C. Osamaro Ibie
2)  "The Sacred Ifa Oracle" by Afolabi A. Epega and Phillip John Neimark
3)  "The Handbook of Yoruba Religious Concepts" by Baba Ifa Karade
4)  "Awo Obi: Obi Divination in Theory and Practice" by Baba Osundiya
5)  "Olodumare: God in Yoruba Belief" by E. Bolaji Idowu
6)  "The Tarot of the Orishas" by Zolrak, illustrated by Durkon
7)  "Yoruba Modern Practical Dictionary: Yoruba-English; English-Yoruba" by J.
    Fakinlede
8)  "Metu Neter Volume 1: The Great Oracle of Tehuti and the Egyptian System of
    Spiritual Cultivation" by Ra Un Nefer Amen
9)  "Metu Neter Volume 2: Anuk Ausar, The Kamitic Initiation System" by Amen
10)  "Tree of Life Meditation System (T.O.L.M.)" by Amen
11)  "Osiris and the Egyptian Resurrection" Volume 1 by Wallis Budge
12)  "African Holistic Health" by Llaila O. Afrika
13)  "The African Origin of Civilization: Myth or Reality" by Cheikh Anta Diop
14)  "The Holy Bible"  King James Version
15)  "Hastings' Dictionary of the Bible" edited by James Hastings


   I am an uninitiated devotee of Ifa, therefore, my knowledge is limited.  The basics
and the bare necessities have been covered to the best of my knowledge, and I trust
that the religious needs of this faith group will be met in a timely fashion.

Thank You.

elving Deeper . . .

ascertain which
is done through
rstone technique
ne the answers to
question, the list
e spirits that re-
nown.

require an offer-
e the ibi that has
stomary two casts

s," the reply is
y which Orisa re-
ive response, the
and continues in
s been received.
ative response, it
ne whether there
hould receive an
g a simple ques-
s who require an
, two consecutive
e. If the reply in-
spirit, the list is
d offerings have
n the above ques-

rmine if there are
It is faulty to as-
ropitiated during
ainly times when
are the situations

wherein several Orisa require offerings. Being thorough is the mark of a good diviner. Leave nothing to chance.

※  It is important to note that a generally accepted practice involves divining to see if one's Ori and/or Ancestors need to receive an offering before asking the Orisa. As one's Ori and Ancestors are the closest in proximity to the individual, they are subsequently consulted first on this issue before query- ※ ing the Orisa.

This book presupposes that the reader possesses a certain level of understanding regarding the Orisa and their energies. It is quite likely that it is this very understanding that has led one to a place where divination becomes an important tool in one's practice. The following section is presented in order to provide some basic information about the most widely recognized spirits within the various Orisa traditions.

The serious student is advised to seek out additional material concerning these spirits as the list below provides only the most elementary understanding of these very complex energies. Much has been omitted, as it not the intention of this book to serve as a primer for the energies of the Orisa. This section is presented as a means to introduce the newcomer to the Orisa and to summarize the power of these spirits for those actively involved in the Orisa tradition.

# The Spirits of the Orisa Tradition

## Ori

This spirit is the Orisa closest to the individual, representing a person's destiny and path in life. Unlike the other



Case 1:07-cv-00836-JDB    Document 10-4    Filed 08/06/2007    Page 16 of 39

Orisa whose qualities are unanimously worshipped by all, everyone has their own Ori that holds the ase (power/life force) most important to that individual. While the concept of Ori is universal, its manifestation is distinctly personal in nature. Each person's specific Ori reflects the individual path that leads to one's destiny. The Ori is represented by the physical head.

## Egun

While not specifically an Orisa, the Egun are critical spirits in the life of the Orisa devotee. The Egun are the spirits of one's Ancestors that have made their transition from Aye (Earth) to Orun (Heaven). Represented by masks, multicolored cloth and objects of the departed, the Egun offer enormous protection and support to the individual.

## Eṣu

Esu is the Orisa of the Crossroads, the opener of paths and the spirit that facilitates communication between the world of humans and the realm of the Orisa. Often seen as a trickster, Esu is the Orisa of opportunity who presents various options on one's path. Esu is the embodiment of the paradox, able to be contained within the smallest seed yet too big to be confined in the largest house. Erroneously thought by some to be the devil (a concept foreign to traditional Orisa religions), Esu places the onus of responsibility on the individual and manifests circumstances in accordance to the degree of responsibility (or the lack thereof) exhibited by the devotee. Lastly, he is always the first Orisa to be fed in every ceremony and it is Esu that carries the prayers and offerings to the Orisa. Esu is a very important Orisa in all of the various traditions and is represented by the colors red, white and black, the number 3 (and its mul-



tiples), crossroads or intersections and by the Yangi, a stone made of lateritic earth that is said to be the original Esu. His day of worship is Saturday. *(See attachment #.9)*

## Ogun

As Esu opens the paths, Ogun keeps them free of obstructions. He is an Orisa of great strength that is invoked to remove obstacles blocking the path. These impediments may be both internal and external in nature. Metal objects represent this Orisa and iron is the metal claimed by Ogun. Machetes, chains and knives of all kinds decorate his shrines. He is a hunter Orisa that lives deep in the woods, a loner said to prefer a life of solitude rather than communal living. His colors are green, black and red. His number is either 4 or 7 and his day of worship is Tuesday. *(See attachment # 10 A)*

## Sango

The fiery Orisa of strategy, Sango is also a powerful spirit highly skilled in divination and magic. Possessing a charismatic disposition, Sango is a master strategist, able to navigate through the most obscure terrain with ease. His energy brings transformation, an ancient and primal form of alchemy. He is also known to be a skilled diviner, herbalist and healer. His colors are red and white, his number is 6 and his symbols include the mortar and pestle, the Ose Sango* (the dance wand used in celebratory rites for this Orisa) and the thunderstones known to hold his ase (power/life force). His day of worship is Thursday.
*\* Double headed ax.*

## Osun

Osun is the Orisa of the river that brings love, attraction, prosperity and joy. She is represented as a beautiful woman wearing brass jewelry, a long, flowing skirt and often carry-

### Left margin fragments

3 Deeper . . .

pped by all,
e (power/life
the concept
personal in
e individual
presented by

critical spir-
re the spirits
ion from Aye
sks, multicol-
n offer enor-

ener of paths
between the
Often seen as
who presents
diment of the
llest seed yet
. Erroneously
reign to tradi-
responsibility
ices in accor-
ck thereof) ex-
e first Orisa to
at carries the
ery important
represented by
3 (and its mul-

ing a calabash on her head. Osun is the patron of fertility, conception and childbirth. Further, she is the essence of love and beauty and brings these qualities to the individual and their relationships. She is adept in the magical arts and guards the deepest secrets of her craft. Her colors are golden yellow and clear. She is represented by river water, river stones, brass jewelry, fans, mirrors and peacock feathers. Her number is 5 and her day of worship is Friday.

## Oya

This tempestuous Orisa is associated with change, transitions and the realm of the Ancestors. She is the gatekeeper of the cemetery, the guardian of the doorway that leads to one's final transition. Oya is also the energy of sudden change, capable of creating sweeping change in an instant. Her force is found in the lightning that precedes the thunder and the tornado that brings selective destruction. Oya also brings the blessings of the marketplace, bringing good fortune and prosperity to her devotees. Like Osun, she is highly skilled in the magical arts and maintains close ties to the dead. Oya has one foot in this world and one foot in the realm of the Ancestors. Her symbols include buffalo horns, machetes, masks, spears, copper and bones. Her colors are red, maroon or purple. Her number is 9 and her day of worship is Wednesday.

## Yemoja ( Yɛmòwɔ́ )

Yemoja is a nurturing, grounding, and patient presence that embodies the Mother principle within the Orisa tradition. Like any mother, she can also be unequivocally stern and strong. Her energy brings stability, nurturing and sustenance. Yemoja is the Mother of all the Orisa and is represented in the Diaspora by the ocean. In Yorubaland, Yemoja



is associated with the river, like Oya and Osun. Her symbols include seashells, ocean or river water, stones from the beach or riverbank and images of motherhood. Her colors are blue and clear, her number is 7 and her day of worship is Monday.

## Obatala (Orìṣà-nlá)

Obatala, the Orisa of whiteness, is known as the Creator of human beings. He molds the human form out of clay. He is a wise, aged spirit known for his reserved coolness and state of calm. There is a warrior aspect to Obatala that shouldn't be overlooked. He is the Orisa of purity, morality and character. He brings clarity to the individual therefore things that obscure clarity (such as alcohol, drugs, etc.) are antithetical to his energy. Represented by white cloth, snail shells, elephants and ivory, Obatala is the owner of all things white. His ritual number is 8 and his day of worship is Sunday.

## Orunmila

The spirit that speaks through the Oracles of the Opele and Ikin, Orunmila is the Orisa served by the Babalawo. Said to possess the knowledge of past, present and future, Orunmila is second only to Olodumare (God). One does not generally use the Oracle of the Obi to commune with Orunmila.

## Olokun

Olokun offers stability, hope and strength to those who propitiate this spirit. Seen as being either male or female (depending on the area of worship), Olokun brings wealth, physical well-being and strong protection. Residing in the extreme depths of the ocean, Olokun is represented by the



---

eper . . .

fertility,
ce of love
dual and
arts and
re golden
ter, river
feathers.

ge, transi-
atekeeper
t leads to
of sudden
n instant.
the thun-
ction. Oya
nging good
un, she is
lose ties to
foot in the
falo horns,
colors are
day of wor-

it presence
Orisa tradi-
cally stern
ng and sus-
nd is repre-
and, Yemoja

mudfish, mirrors, coral and shells. Further associations include the colors dark blue, clear and red, the number 9 and lead implements that are given to those who receive Olokun. Olokun is often worshipped on the same day as Yemoja.

## Oṣoosi

The Orisa Osoosi is a hunter and embodies the essence of the tracker. He shares the forest with his brother Ogun and the Orisa Osanyin. His ability to track things is second to none and Osoosi is able to locate the best route to the desired end. He is also a sorcerer, capable of potent acts of magic. Osoosi is also associated with split second communication, particularly communication conducted through supernatural means. His representations include the bow and arrow, fish hooks, antlers, horns and all things found in the forest. His colors vary according to tradition, but commonly include green, brown, light blue and violet. He is worshipped with Ogun on Tuesday.

## Erinle

Erinle is a riverine deity said to live both on land and in the water. Erinle is found where salt water and fresh water merge. He is the brother of Ogun and Osoosi and husband of Osun. The union between Erinle and Osun produced the Orisa Logunede. Erinle is skilled in the art of herbalism and is considered an extraordinary healer and very wealthy Orisa that bestows his riches on his children. His colors include green, blue, turquoise and yellow. Erinle is praised with either Ogun and Osoosi or Osun.

## Ibeji

The miraculous children of twin birth, the Ibeji are the children of Osun and Ṣango. Often represented by a pair



of carved wooden male and female dolls, the Ibeji always receive their offerings in pairs—what one Ibeji receives, the other must receive as well. The Ibeji are miracle workers, particular in the areas of money. They are delightful spirits that always bring with them an air of joy. Their ritual colors often reflect those of their parents—golden/clear and red/white.

## Aganju

Aganju is a fierce Orisa associated with volcanoes and caves. He is said by some to be Sango's father and alternately his brother. He is the Orisa that carries one through great obstacles and dangerous times. He is the ferryman that escorts one across the great river. His colors are white, dark red and maroon. His ritual number is 3. Aganju is often propitiated along with Sango on Thursday.

## Babalu Aye (Ṣọpọ̀nà)

Know variously as Oluwa, Sonponno, Alapadupe and Obaluaiye this Orisa is known as the spirit of pestilence and smallpox. While he governs these diseased states, and in fact, any disease of a viral nature, his domain extends far beyond this often limited perspective. Babalu Aye is the Orisa that punishes the needless excess of humanity, excesses that have led to the abuse and destruction of the Earth. He is also an Orisa that can bring abundance to his faithful followers. His most common colors include black, brown, red, violet and white striped with blue. The numbers associated with Babalu Aye are 2 and 17.

*A carved wooden statue will represent Ṣọpọ̀nà.*

## Oṣumare

Oṣumare is the spirit of the rainbow, the bridge between Heaven and Earth. Represented by the python, Oṣumare is



Sango's serpentine messenger. Osumare is akin to the Oroborous, the great serpent that surrounds the Earth. Osumare is a powerful Orisa that has been lost in many of the manifestation of the Orisa tradition in the Diaspora.

## Osanyin

The spirit of all plants and herbs, Osanyin is an herbalist extraordinaire. Osanyin knows the mysteries of all vegetal life and it is this Orisa that transforms the ase of plants into the magical components used to add power and efficacy to virtually every ritual performed within the Orisa tradition. His symbols include the very herbs that he represents, beaded gourds that house his mysteries and the Opa Osanyin, a forged iron staff associated with his power. Osanyin dwells in the forest and has close ties with Esu and Orunmila, as well as the office of the Babalawo. The Obi is generally not used to divine with Osanyin, as he possesses his own Oracular systems.

## Orisa Oko

Orisa Oko is the spirit of the farm, fertility and abundance. He is the Orisa whose ase brings order to chaos, specifically for the intention of building or establishing a foundation. He brings prosperity and fecundity while controlling the use and abuse of witchcraft. Orisa Oko's symbols include the Opa Orisa Oko—a ritual staff forged from the blades of old farm tools, agricultural instruments, honeybees and cowrie shells. His colors are red and white.



## Orisha Attachment continued....

**Oduduwa**- Yoruba history begins with the migration of an East African population across the trans-African route leading from the mid-Nile river area to the mid-Niger. This migration was led, according to Yoruba historical accounts, by King Oduduwa, who settled somewhat peacefully in the already established Ile Ife -- the sacred city of the indigenous people.  Oduduwa is the royal, deified progenitor of the Yoruba and His shrine is a necessity in the Ifa faith.

**Orunmila**- no particular numbers are generally associated with Orunmila, but His colors are green and gold, or green and yellow.  Because Orunmila is known as the owner or heavenly custodian of all money and wealth, the container that holds His sacred ikin is always adorned with cowrie shells.


## Incense List

**Mystical Moments** (info. below) carries the following scents:

| | |
|---|---|
| Myrrh | Lavender |
| Sweet Almond | Jasmine |
| Frankincense (olibanum) | Sage |
| Rose (Black) | |

**Matt's Incense**  (info. below) carries the following scents:

| | |
|---|---|
| Lotus | Lavender |
| Pine | Lily of the Valley |
| Cedarwood | Jasmine |
| Sandalwood | Spearmint |
| Honeysuckle | Sage |
| Cinnamon | |


**Mystical Moments**

1-800-220-6712 or 1-877-451-3584

http://wholesalecentral.com/mystical moments

**Matt's Incense**

35 Enterprise Dr.          1-800-742-9133 or 1-800-743-9131

Bunnel, FL 32110          www.mattsincense.com



its to this day.
du during an initiation
re is bound to be a heavy
timated that he had a
wn initiation ceremony
onths in Ondo. Even the
duce rain, but no heavy

to be Ejiogbe, was being
ce was completed, there
ent, the heat of the sun
iction as trash.
e weather had changed.
at the shrine of Esu, the
e shrine because of the
o Omoruyi Edokpayi, that
has experienced several

f Orunmila in the days of
g with the other awos in
opularity. The King got a
used by a newly wedded
calico (Asho Etu) and tied
n kept it on his Ifa shrine
veal the contents of the
it was the turn of an awo
ifiyi she okpe. Ogbo ogbo
n as he was seated, he
nation tray (Akpako) and
als to be used to make
ride, can wood and black
d he was quite satisfied.
cy title and four wives,

**IFA PRIEST**
A- White Hat of High Priesthood
B- Orunmila's Ide (wristlet)
C- Horse Tail

Attachment #1

B

C

THE HANDBOOK OF YORUBA RELIGIOUS CONCEPTS / 93

B

*Figure 24. The opele of the babalawo. The casting of the opele shows the odu which is interpreted by the babalawo. This cast is Oworin Osa as stated from right to left.*

92 / Baba Ifa Karade

vate the divining apparatus to focus on the seeker specific. This is often done but not always. The purity and strength of the babalawo is more usually the greater of factors.



A

*Figure 23. The sacred palm nuts of Orunmila (ikin) presented to the babalawo for prayer and divination. The ikin are also presented to devotees receiving the one hand of Orunmila. They are only used for the purpose of prayer in this instance.*

Attachment
#3



OSA·OSAGIE

(Ifa seeds container)

Attachment
#4



*Figure 25. The Opon-Ifa (divination tray) of the babalawo. The tray symbolizes the universe and the inherent truths to be found within it. The babalawo marks the odu on the powder (iyersoun) which is spread on the Opon-Ifa. The face at the top always represents Eshu.*

Attachment
#5



**OROFA**
(Divination staff)



**URANKE**
**(Horse Tail)**

Attachment #7



**AGOGO (Gong)**

Attachment
# 8



CSA. OSHGIE

## AKESHE
### (Musical Instrument)
Beaded Calabash

**es of Worship**

places mainly as ojubo (the
e of worship is for an orisha it
a. If it is for the ancestors (an
en it is called *oju egun*. The
needs to be reached is as
licity of shrines stresses the
rmanent or only abode of a
ity is invoked, it is believed
nt to meet with worshippers
ceive their prayers and offer-

sha) generally present offer-
: forces. Temples or "houses"
World, contain the shrines of
Devotees attend the temples
estly orders in the way of
. and ritual. Yet, as earlier
need not be done solely at
done at the natural site of
is viewed as a shrine in this
sly seek the orisha from this

l while praying, although it
To stand, prostrate oneself,
itions of the Yoruba to offer
isis of prayer is the opening
and one's mind to the way
isition taken is of secondary

· body in positions of rever-
ribale—I place my head to

*Sacrificial Rites* (White Plains, NY:



*Figure 14. Eshu Elegbas are ritually presented to initiates of Yoruba. Elegba is the orisha that holds the ashe and delivers messages and sacrifices. The point at the top of the head is called the ashe-Elegbara. It serves as the focal point for Eshu's divine energy.*

the earth—is the term that is solemnly uttered by devotees when homage is paid to the ancestors, orisha, or the priestly. Males and females foribale differently but, this is not a gender statement from a human point of view. In the New World interpretation, if the devotee has a female orisha as a "crown orisha" then foribale is done in a particular way. If the devotee has a male orisha as a "crown orisha" then another way of foribale is designated.

Prostration in front of the shrine or *elegun* (one possessed with orisha) is most commonly done when the devotee has a male orisha. Placing the right hip and elbow to the ground while putting the head on the right hand then switching sides is done by devotees who have female orisha. All devotees prostrate themselves before queens, kings, chiefs, and babalawos; or they kneel slightly touching the right hand to the floor or ground.

62 / Baba Ifa Karade

A

Figure 15. Ogun is symbolized by the cauldron into which metal objects are placed. Knives are often added as Ogun is first to taste the blood of any sacrificial animal. Oshoosi is represented by the bow and arrow. This symbol is also placed in the cauldron as Ogun and Oshoosi live together.



B



Figure 16. The Osun is that version of the babalawos staff. It is presented along with the ajagun (warriors). The Osun symbolizes health, wisdom, and protection against witches. If it ever falls, a babalawo is consulted.

Attachment #11



Cowrie shell covering for Orúnmìlà's Ifá seeds container

Divination Staff

Horsetail

Water

Opón Ifá's

Opele

A barely visible Eṣu

*Divination*     Attachment #12

*8 / Baba Ifa Karade*



Ìlèkè

Divination Staff

Horse Tail

Pillow

Opèlè

Iyè-irósù

Traditional Straw Prayer Mat

*Figure 1. Baba Ifa Karade, chief and high priest, prepares to recite the Odu marked on the Opon-Ifa. He holds the iroke (diviner's tapper) in his right hand. The tapper is struck rhythmically upon the Opon-Ifa as initial prayers are made to Orunmila.*



Red Parrot Feather in White Hat of High Priesthood

White head covering for all members.

A Hachies # 14

102 / Baba Ifa Karade



Thunder-
Stone
Containers

*Figure 26. The sacred symbols of Shango are presented to the priestly upon completion of elehan/ocha. The shrine becomes the focal point for prayer and sacrifice to Orisha Shango. (Photograph courtesy of Mansa K. Musa © 1992. Used by permission.)*

Sango's double headed ax.

Case 1:07-cv-00836-JDB   Document 101   Filed 06/30/2008   Page 38 of 39

# BETTER HEALTH NEW BEGINNINGS

## May 13, 2004: Diet and Disease
### By Dr. Hans Diehl

1. **The American diet promotes disease.** A change in diet can prevent, regress and reverse diseases.
2. **The US diet is envied**: the meat, eggs, dairy products, sweets, ice cream, pastries and fried foods.
3. The Babylonians, Hebrews, ~~Egyptians~~ Greeks and Romans were on a staple of wheat. The Oriental cultures are on rice. The Aztecs and Mayans ate corn and beans. ~~These great cultures consumed large amounts of grains and legumes, vegetables and fruits. Meat and animal products were usually reserved for feast days, condiments or seasoning. Sugar, fats and salt were scarce.~~
4. During the last 50 years have Americans been able to afford a diet rich in meat, animal products and refined foods. Almost everyday can be a feast day. Inexpensive starch food, such as whole wheat bread, potatoes, beans are no longer the staff of life for the masses. Today, most grains are used to fatten animals. Thus, animal products, such as meat, poultry, eggs, and dairy products and fats consumed as spreads, cooking oils and salad dressings have become the new staples for the masses.
5. Most people, not just the affluent, live off the fat of the land. Almost 50% of our calories come from fats and 20-24% from sugar. Our diet has dramatically changed over the last hundred years. Wherever people have a rich diet they always have Western diseases—high rates of heart disease, stroke, diabetes, breast, colon and prostate cancer.
6. It is estimated that the majority of disability in the US is related to a rich diet. Our good life is eroding our health—contributing to disease—giving anything but the good life. Don't aim for the good life but for the best life---a simplified life. Dr. Paul Dudley White, the great cardiologist said, if you want to live with all your heart (1) eat the diet of a poor nation (2) burn holes in the soles of your shoes by exercising (3) stay away from harmful substances such as alcohol and tobacco (4) find a purpose in life that goes beyond the grave and be of service to someone else.
7. The good life is not good enough. You need the best life---a simple diet. The evidence is mounting that the rich Western diet----is the primary cause of atherosclerosis and the majority of cancers.
8. Leading causes of U.S. deaths: Cardiovascular disease---930,000   (45%)
   Cancers-------------------485,000   (25%)
9. Cardiovascular disease and cancer are virtually unheard of in 70-80% of the world's population.
10. Atherosclerosis is a gradual filling in of the arteries that causes degenerative diseases.
    By age 20 many people have 20% closure of their arteries.
    Age 40-----60% closure    Age 60---90% closure
11. HEART DISEASE, STROKE AND CANCER RISK FACTORS: The King pin is cholesterol when levels are over 180. Obesity and diabetes are related to diet.
12. Modern killer diseases (heart disease, stroke, diabetes and certain adult cancers) are the result of our lifestyle--especially the way we eat. We can largely prevent and reverse many of these diseases.
13. Large studies around the world have proved that when patients change their lifestyle they have less problems from elevated cholesterol levels, triclyceride levels come down, and in many cases of type II diabetes insulin injections are no longer necessary. 50-85% of patients with high blood pressure can oftentimes be off their medication in 4 weeks by making significant changes in their diet.
14. Weight management is much easier on a simplified diet.
15. US DIETARY TRENDS (1860-1990)

| | Protein | Fat | Refined Carbohydrates | Unrefined Carbohydrates |
|---|---|---|---|---|
| 1990 | 12-15 | 40-45 | 22 | 24 |
| 1925 | 12 | 35 | 37 | 16 |
| 1910 | 12 | 32 | 43 | 13 |
| 1860 | 12 | 25 | 53 | 10 |

16. "Americans eat to much food. They eat too much fat, cholesterol, salt and sugar. They should cut their consumption of these and increase their intake of fruits, vegetables and cereal products, especially whole grains." M. Hegsted, MD Retired Harvard Professor



*Figure 13. The worship of the Orisha is often set to music, song, and dance. Here, Oya is called upon by Caribbean-New World devotees of the Yoruba religion. (Photograph courtesy of Mansa K. Musa © 1992; used by permission.)*

Supplemental Pleading

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ryan Poullard                            )
(Shangowande Ajanaa-Werepe),             )
                    Plaintiff,           )
                                         )
v.                                       )      Civil Action No.  07-836(JDB)
                                         )
FEDERAL BUREAU OF PRISONS,               )
                    Defendant.           )

## VERIFIED COMPLAINT

Preliminary Statement

1.  This is a federal question action challenging malicious constitutional
violations and the Bureau of Prisons' failure to handle inmate requests for
religious accommodation consistent with the Religious Freedom Restoration Act
(RFRA), 42 U.S.C. § 2000bb.

Plaintiff seeks injunctive and declaratory relief.

Jurisdiction

2.  This court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 702.

Venue

3.  Venue is appropriate in the District of Columbia.  See 28 U.S.C. § 1391(e)

Exhaustion of Administrative Remedies

4.  The plaintiff has exhausted all available administrative remedies pertinent
to the provision of all materials and accommodations necessary for the practice
of his sincerely held religious beliefs using the Bureau of Prisons' ("BOP")
administrative remedy program.  See Remedy ID # 354786-F1, 355510-F1, 354786-R1,
354786-A1.  The plaintiff has exhausted all available administrative remedies
pertinent to the removal of the unlawful July 19, 2006, infraction from the
plaintiff's chronological disciplinary record using the BOP's administrative
remedy program.  See Remedy ID # 425337-R1, 425337-A1 (Exhibits C and D).

Parties

5. Plaintiff's mailing address is: Ryan Poullard a/k/a Shangowande

Ajanaa-Werepe, Reg. # 06429-078 P.O. Box 26020, Beaumont, TX 77720-6020.

6. Defendant Federal Bureau of Prisons' mailing address is: 320 First St.

N.W. Washington, DC 20534.

### COUNT ONE

7. On September 24, 2004, plaintiff's religion was approved in accordance

with New and Unfamiliar Religious procedure by the BOP under its proper

name, i.e. "Ifa." See Exhibit A. Since this approval the BOP has insolently

"renamed" plaintiff's religion in an attempt to force it into a religious

category that is already established within the federal prison system.

This "renaming" and "forced grouping" on the part of the defendant has been

used to deny the plaintiff, and the members of his faith group, many of the

materials and accommodations necessary for the practice of their approved

religious beliefs and practices.

8. The terms Yourba/Santeria, General Yoruban Program, Yoruba/Ifa, and

Yoruba are being used by the BOP an chapel schedules, faith group lockers,

and documents related to plaintiff's religion. Other faith groups are

respected, addressed by their proper names, and provided with all the materials

and accommodations needed for the practice of their sincerely held religious

beliefs. The BOP has treated plaintiff's religion with disgust and disdain

and has thereby violated the First Amendment and Equal Protection rights of the

plaintiff and all members of his faith group. Plaintiff's attempts to resolve

this matter have been ignored and/or scoffed at. See Exhibit B. This ongoing

disparagement of plaintiff's religion violates his constitutionally protected

religious freedoms and it evidences a campaign of religious discrimination

on the part of the defendant.

9. On July 19, 2006, plaintiff was transferred from his living quarters

in a dormitory type setting in general population, to a locked-cell wherein plaintiff was locked-up 23 hours on week days and 24 on weekends. A falsified incident report and two false memorandums provoked this transfer. Plaintiff was placed on commissary and phone restrictions for 90 days and an infraction was added to plaintiff's chronological disciplinary record. Plaintiff appealed this unlawful use of Bureau disciplinary machinery to both the regional and central offices. Both appeals were denied. See Exhibits C and D.

10. The incident report in question states that "...Counselor Gibbs assisted me by opening inmate Poullard's locker. Upon the opening of the locker I (Counselor L. Mello) discovered several food items that were in decomposing state." See Exhibit E. Counselor Gibbs' supporting memorandum, on the other hand, completely contradicts the reporting officer's claims. He states, "I then opened up inmate Poullard's locker at which was found on the bottom left side of the locker numerous items. Some of the items were cookies, sugar cubes, smoked oysters and various other items that were not sealed in a container or wrapper." See Exhibit F.

11. As the officer who opened plaintiff's locker, Counselor Gibbs would have been the first person to notice, or come into contact with any "foul smell" emanating from plaintiff's locker. He did not notice any "foul smell" nor did he discover any "food items that were in decomposing state." Case Manager Merendino, who also prepared a supporting memorandum, did not notice any "foul smell" or "food items that were in decomposing state." See Exhibit G.

12. At 2:30 PM on 7/19/06, when Merendino and Gibbs arrived at cube 51, plaintiff was not in the housing unit. Both Merendino and Gibbs had been asked by the reporting officer to examine plaintiff's cubicle. While the reporting officer did not notice any books on the upper bunk, both Merendino and Gibbs observed "books stacked up on top of the upper bunk." See Exhibits

-3-

E, F, and G.

13.  This huge stack of books, that was not on plaintiff's bunk at approximately 10:30 AM when the reporting officer conducted his rounds, is alleged to have appeared at approximately 2:30 PM while plaintiff was out of the housing unit.  Each bunk is equipped with pillow, mattress, and blankets. Since plaintiff's bed and the making of his bed is not mentioned in the incident report or supporting memorandums, these descriptions prove that plaintiff's bed was made in accordance with policy and unit standards. See Exhibit H.  Plaintiff's bed was neatly made, as he had left it, when he was called back to the housing unit and this stack of books was not on his bunk.

14.  In the photograph of plaintiff's bunk there is no mattress, there is no pillow, and there are no blankets.  See Exhibit I.  As stated in both Incident Report Supporting Memorandums, "Inmate Cortez, who also lives inside this cubicle, identified that all of the books and papers belonged to inmate Poullard."  However, the name "Cortez" is partially visible on one of the books that allegedly "belonged to inmate Poullard."  See Exhibit J. All of these photographs were taken after the plaintiff had been escorted to the Lieutenant's Office.

15.  While confined in S.H.U. for these trumped up charges, plaintiff requested copies of all photos in accordance with the Freedom of Information Act but the central office did not acknowledge this request.  See Exhibit K. Xerox copies of these photos were attached to plaintiff's DHO report, and although they are somewhat helpful, color or high quality copies are needed for a more thorough examination of the evidence.

16.  In the long overdue denials of plaintiff's regional and central office appeals, the BOP asserts that plaintiff was in possession of contraband books from the chapel.  This is utterly false.  On August 8, 2006, plaintiff

requested information from the institution's chaplain regarding these
charges and the chaplain's response disproves these "contraband books"
allegations. See Exhibit L.

17.  P.S. 5580.07 page 2, section 3, ¶ (b) states that "Contraband items
found in the possession of inmates or in inmate living or work areas **will
be properly identified, processed, and discarded.**" (emphasis added)  The
BOP, in its responses to plaintiff's regional and central office appeals,
asserts that the plaintiff was in "possession of several books belonging to
other inmates." Fifty books were confiscated as contraband and the plaintiff
established ownership of all fifty books on August 18, 2006. See Exhibit M.
None of the "other inmates" were identified and contraband, according to the
aforementioned policy, is to be discarded.  Since all of these books were
returned to the plaintiff, they are not, and were never contraband.

18.  C.F.R. § 553.12 states that "**Items possessed by an inmate ordinarily
are not considered to be contraband if** the inmate was authorized to retain
the item upon admission to the institution, **the item was issued by authorized
staff,** purchased by the inmate from the commissary, or purchased or **received
through approved channels** (to include approved for receipt by an authorized
staff member **or authorized by institution guidelines**)." (emphasis added)
The BOP asserts in its responses to plaintiff's appeals that the Technical
Manual for Religious Services found in his possession was contraband, but
as stated in plaintiff's DHO report, this Manual was forwarded to the plaintiff
via standard institution mail. See Exhibit N.

19.  Plaintiff was not aware that said Technical Manual was contraband, and
had he known this, plaintiff would not have asked that it be mailed into the
institution.  Nevertheless, standard institution mail is an approved channel
and this channel is "authorized by institution guidelines." Mail room staff
is responsible for inspecting incoming mail for contraband and once mail is

-5-

inspected it is then "issued by authorized staff." The BOP issued the
Technical Manual in question to the plaintiff at "mail call." Now, after
having given this Manual to the plaintiff, the defendant has charged and
punished the plaintiff for possessing an item that was issued to him through
an approved channel "by authorized staff." These charges and punishment are
therefore malicious and unlawful.

## COUNT TWO

20. As evident by the allegations in paragraphs 7-19 of this complaint,
defendant has violated plaintiff's First Amendment and Equal Protection
rights, and has failed to train, supervise, and promulgate policies requiring
its employees to comply with RFRA. Because of this, plaintiff's constitutional
and statutory rights will continue to be violated.

Relief Requested

21. Plaintiff seeks injunctive and declaratory relief requiring the defendant
to:

(1) Remove unlawful July 19, 2006, sanctioned incident from plaintiff's
chronological disciplinary record.

(2) Provide plaintiff and the members of his faith group with an outdoor
worship area that will give them the privacy needed for daily prayer, offerings,
libations, and divination, and that is large enough to accommodate the need for
a drumming area, dance area, and the approved thirteen outdoor religious
shrines.

(3) Implement the approved religious all natural Ifa vegetarian diet as it
is laid out on page 8 of plaintiff's New and Unfamiliar Religious Components
submittal (Attachment B of Plaintiff's Motion Requesting Permission to Supple-
ment Original Pleading).

(4) Provide plaintiff and the members of his faith group with passes which
permit them to wear the Ide's (bracelets) and Ileke's (necklaces) that they

-6-

have made, and will make in the future, throughout plaintiff's institution (visiting room included) and all institutions where Ifa believers are incarcerated.

(5) Permit initiated Babalawo's to purchase, through religious Special Purchase Orders (SPO), and possess as personal property Ikin Ifa (palm nuts/ kernels), small gourds (to be used as Ifa seeds containers), small Opon Ifa's (divining trays), small Divination Staffs (Iroke Ifa), Ibo (traditional determinants in Ifa divination), small Irukere's (cow or horse tail), Iye-irosu (divination powder), the approved white hat of High Priesthood which is to be worn throughout the institution (visiting room included), and agogo's (traditional bell used during prayers, rituals, and worship).

(6) Permit all members of the Ifa faith group to purchase, through religious Special Purchase Orders (SPO), and possess as personal property Opele's (divining chain), the sacred objects of their personal Orisha's, Black Soap, Obi divination implements, cowrie shells, small straw divining trays, traditional straw prayer mats, beading materials (loose beads, beading string, needles, looms etc. for making Ileke, Ide, and beaded offerings to the Orisha and ancestors), and Eshu representations.

(7) Create and implement an Ifa SENTRY religious designation.

(8) Implement an Ifa Religious Items list to be prepared by the plaintiff.

(9) Implement an Ifa Standard Library (print and audio/video resources) list to be prepared by the plaintiff.

(10) Permit all members of the Ifa faith group to set up small altars in their cells/cubicles, outside of their lockers, for their ancestors of blood relation and their personal Orisha's.

Plaintiff further seeks costs and attorney's fees, if applicable.

Verification

I declare under penalty of perjury that the foregoing is true and

-7-

correct.   28 U.S.C. § 1746.   Signed this __2^nd__ day of August, 2007.


Respectfully submitted,


Ryan Boullard
(Shangowande Ajanaa-Werepe)
Reg. # 06429-078
P.O. Box 26020
Beaumont, TX 77720-6020

Remedy ID # 354786-F1

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From:   Bro. Shangowande Al-Hije

a.k.a Poullard, Ryan E.

| LAST NAME, FIRST, MIDDLE INITIAL | 06429-078 | SA | Beaumont Low |
|---|---|---|---|
| | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** I am an Ifa devotee and I have been pursuing Ifa's approval for more than a year. SEE Attachment A. Because it was not recognized as a religion within the Bureau of Prisons, I was forced to build the necessary shrines for this faith in my inmate locker. Ifa was finally approved by the Regional Chaplaincy Administrator on 9/24/04 (SEE Attachment B), but my religious shrines have made me the subject of ridicule and embarrassment on several occasions. The first incident involved Correctional Officer (C.O.) J. Braus. After shaking down my locker, C.O. Braus questioned me about my religion and made insensitive remarks about the food offerings that are a major part of the Ifa faith. SEE Attachment C. On the second occasion, religious materials mailed to me in compliance with Bureau policy were confiscated and withheld for more than a month. SEE Mail Attachment. If my family hadn't called the institution to investigate this issue, I would not have received any information whatsoever about the arrival and unusually

(next page)

| 10/06/04 (42 A.D.) | _Shangowande J.H._ |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

RECEIVED
OCT 13 2004
WARDEN'S OFFICE
FCC BEAUMONT (LOW)

_____     _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE             CASE NUMBER: 354786-F1

**Part C- RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

_____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN         ♲ Printed on Recycled Paper                              BP-229(13)

about the arrival and unusually delayed rejection of this mail material.  The third incident occurred when female C.O. Jones made a huge spectacle out of my Shrines.  I returned to the housing unit to find a staff pad lock on my locker, and a line of inmates waiting to ask me what was in my locker.  Comments such as "she opened his locker and hit the deuces" were heard throughout the following week.  Lt. Gentry and several other officers had apparently crowded into my cubicle to view my religious Shrines, and this unwanted attention turned me and my religion into the housing unit's favorite joke.  When I asked C.O. Jones why the staff pad lock was on my locker, she informed me that I would have to tell her what was in my locker before she would take it off.  I was forced to explain like I had done something wrong, and I was instructed to dismantle my Shrines so she could shake down my locker.  I was treated like some sort of freak simply because I had no choice but to "worship out of my locker" until my religion was approved.  On the following night, in front of several inmate witnesses, female C.O. Jones approached my cubicle and questioned me as to whether or not my religion was authentic and approved.  I was again put on the spot and forced to explain.  On the fourth occasion C.O. Brooks shook down my locker and questioned me outside the housing unit in front of female C.O. Washington.  For the third time I was forced to justify and explain my faith.  The final incident took place on 10/04/04.  C.O. Johnson shook down my cell and in the process he tilted and shook my locker repeatedly.  On the first instance I informed C.O. Johnson that there were articles in my locker that would spill.  On the second instance I reminded him about the sensitive articles in my locker and asked him for his name.  He responded "that's what you get for being in prison, and my name is Puddingtain, ask me again and I'll tell you the same."  I had to get his real name from inmates and verify his name through other staff.  I place regular drink offerings of water and coffee in my Shrines, and when I checked my locker my Shrines had been knocked over and my drink offerings spilled.  I have a constitutional right to adhere to the religious faith of my choice and this ongoing harassment is unprofessional as well as illegal.  To avoid any future staff harassment, I am requesting that all materials and accommodations listed in my "New and Unfamiliar Religious Components" submittal be made available to the Beaumont Low Ifa community immediately.  **SEE Ifa Attachment.**  Also, all institution staff needs to be properly trained and taught to respect the practices and sacred objects of the Ifa community as well as any other "New and Unfamiliar" religious faith groups that are present at this institution.  (The dates of the above mentioned incidents can be found by reviewing the shake down logs of Unit SA, cube 17.  Details can be verified by numerous inmate witnesses.)


Thank you for your assistance.

**Attachment A**

~~Date:   January 23, 2003~~

From:  Phillip Williams, Supervisory Chaplain

~~To:    Boullard, Ryan, Reg. # 06429-078~~
~~Unit 5A~~

Please provide the following information in seeking official recognition of your faith group.

1. What is the official name of the faith group?

2. Who is the leader (superintendent, president, or governing body) of the faith group in the United States?

3. What is the address and telephone number of the faith group headquarters in the U.S.?

4. What are the basic tenants of faith or teachings of the faith group?  If there are particular reference materials which would be useful, please provide titles and/or additional materials.

5. Does the faith group have appointed teachers and ministers?

6. Are the faith group ministers or teachers available to visit incarcerated members of the faith group?

7. Are there religious holidays to be observed by members of the faith group?  If so, when are these holidays and what religious practices are necessary on each of these holidays?

8. Is there any specific wearing apparel necessary for members of the faith group?  If so, please describe in detail each item and its religious significance.

9. Is there any specific religious headware necessary for the members of the faith group?  If so, please describe in detail each item and where it can be obtained.

10. Are there any other religious items necessary and what are their religious significance?

11. Is the group open to all inmates?

12. What are the time and space requirements for this group?

13. Is there a religious diet required for members of the faith group?  If so, what does it entail?

14. Is there a traditional day of worship?  Is there a mandatory time of worship?

**Attachment  B**



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

~~September 24, 2004~~

Mr. Ryan Poullard
Reg. No. 06429-078
P.O. Box 26020
Beaumont, Texas 77720-6020

Dear Mr. Poullard,

We have reviewed your request to introduce "Ifa" at FCI Beaumont
(Low).  After a thorough evaluation of your documentation, we
have approved your request.  The Warden may make local decisions
regarding the specific request of this group, taking into
consideration Bureau policy, supervision capabilities, security
interest, and the safe and orderly running of the institution.

Sincerely,

Matt Harness
Regional Chaplaincy Administrator


cc:  R. Childress, Warden
     FCI Beaumont (Low)

**Attachment C**

used for this type of divination.

**Materials for Offerings**– During the religious holiday celebrations unto the various Orisha and the Egun, special offerings will be made.  These offerings will consist of the following:

**Kolanuts (Plain, Bitter, and White)**– the traditional and customary offering made in Orisha worship.  Bitter kolanuts are offered to Shango, white kolanuts are offered to Orisha-nla, and plain kolanuts are offered to the remaining Orisha and the Egun.

**Cowrie Shells**– these shells were used as, and known as owo (money) in ancient times. This is a symbolic tithe offering asking the Orisha and Egun to bestow blessings of prosperity.

**Red Parrot Feathers**– traditional symbol of honor and dignity.  Oral tradition says that Orunmila presented two red parrot feathers to the Alafin (King) as a payment of homage.  A single parrot feather is also worn in the white hat of high priesthood when a priest is deemed worthy by his community.  This honor can also be bestowed upon the priest by a divine decree revealed through divination.  (see attachment #13)

**Peacock Feathers**– oral tradition says that Orunmila presented two peacock feathers to Orisha-nla as a payment of homage.  Because of their association with Orisha-nla in the oral tradition, peacock feathers are viewed in the Ifa faith as a symbol of majesty and nobility.

**Loose Beads**– devotees will string beads to make necklaces or any other creative gifts with these beads, and these gifts will be offered to the Orisha and Egun.  For Orisha holiday celebrations the beads must be in the color(s) of the Orisha worshiped.  For the Egun holiday celebration the beads will be in a variety of colors.  A small, light weight fishing line will be sufficient for the stringing of beads.

**Fruit**– apples, oranges, grapefruits, bananas, honeydew melons, cantaloupes, pineapples, etc.

The Ifa faith is built upon the "reciprocity of ashe." The heavenly forces are reverently invoked and prayed to and are expected to respond to the devout, granting their supplications and providing protection from malevolent forces. In return the devout are expected to replenish the ashe through sacrifice and offerings. These sacrifices and offerings can be divided into two categories.

1) Offerings of clothes and fruits, cooked or uncooked foods, and tangible objects. (offerings of this type have been mentioned above)

2) Offerings of any object that has been first utilized to spiritually cleanse oneself. (as in spiritual baths, rubbing fruit over the body, etc.)

The spiritual cleansings and baths mentioned in the second category are an absolute necessity in the Ifa faith.  Consecrated traditional **black soap** will be used for these spiritual cleansings.  This soap is an all natural herbal soap that is handmade

**Mail Attachment**

Original Publications Mail Order
22 East Mall
Plainview, NY  11803
USA

# Invoice

Invoice Number:
17285

Invoice Date:
Nov 12, 2003

Page:
1

Voice:     516-454-6809
Fax:       516-454-6829

Duplicate

Sold To:
RYAN POULLARD#06429-078
P.O. BOX 26020
FEDERAL CORRECTIONAL INSTITUTI
BEAUMONT, TX  77720-6020

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| poullardr | | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | UPS Ground | | 11/12/03 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 350A | TAROT OF THE ORISHA BOOK-$14.9 | 14.95 | 14.95 |
| 1.00 | 350B | TAROT OF THE ORISHA DECK-$19.9 | 19.95 | 19.95 |

| | |
|---|---|
| Subtotal | 34.90 |
| Sales Tax | |
| Freight | 8.50 |
| Total Invoice Amount | 43.40 |
| Payment/Credit Applied | 43.40 |
| **TOTAL** | 0.00 |

Check/Credit Memo No:  111203

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                              FEDERAL BUREAU OF PRISONS

| 🖎: (Name and Title of Staff Member) _FROM_ Mr. Nimmo/ Assistant ISM | DATE: 12/12/03 |
|---|---|
| _FROM:_ Ryan Goullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Recreation | UNIT: 5A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I am currently studying & researching in an effort to provide religious services with the required information for the approval of my religion of choice. Attached is the form that I received from the Supervisory Chaplain on 1/23/03. These questions demand an in-depth knowledge of the intricate details of my faith system, and cannot be answered without access to religious literature and material from outside sources. To assist me in my efforts to have my religion approved, my family purchased a religious instructional information package from Original Publications - P.O. Box 236 - Old Bethpage, N.Y. 11804 and it was mailed to this institution on 11/12/03. The purchase price of this religious material was approximately fifty dollars, and it is titled "Tarot of the Orisha." As of 12/12/03

(Do not write below this line)  (Continued on back)

DISPOSITION:

It is my understanding that you have had a thorough discussion with the chaplains and have chosen to place an SPO at this time for your religious personal property. Should you have any other questions, please direct them to the chaplain or appropriate staff. Thank you.

| Signature Staff Member  Mr. Nimmo | Date 1-15-04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

I have not received this package and it has not been returned to Original Publications. Has the mailroom received anything addressed to Ryan Poullard #06429-078 from the above mentioned address? Policy statement 5360.08 page 10 paragraph "C" states, "distribution to inmate of religious literature purchased by or donated to the Bureau of Prisons is contingent upon the Chaplain's granting of his or her approval." Does this approval policy also apply to religious literature purchased by an individual or his family? If so, has my religious material been forwarded to the Chaplain for his approval? In addition, please provide me with a copy of the criterion for the approval of religious literature so that I may be certain that these standards are met by my incoming religious materials.

If my religious material is at this institution please forward it to me as soon as possible. If for some reason I will be denied access to my religious material, please forward me a copy of the grounds for this denial of access. Also, should I be denied access to this religious material, please return said material to Original Publications promptly so that my family may obtain a refund for the fifty dollar purchase price.

Thank you for your assistance.

* Confirmation of the date of mailing and failure to return package to sender were obtained via telephone calls made by my family.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mailroom Supervisor | DATE: 12/17/03 |
|---|---|
| FROM: Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Rec. P.M. | UNIT: 5A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am currently studying & researching in an effort to provide religious services with the required information for the approval of my religion of choice. Attached is the form that I received from the Supervisory Chaplain on 1/23/03. These questions demand an in-depth knowledge of the intricate details of my faith system, and cannot be answered without access to religious literature and material from outside sources. To assist me in my efforts to have my religion approved, my family purchased a religious instructional information package from Original Publications -- P.O. Box 236 - Old Bethpage, N.Y. 11804 and it was mailed to this institution on 11/12/03. The purchase price of this religious material was approximately fifty dollars, and it is titled "Tarot of Orishas." I have not received

(Do not write below this line)  (Continued on back)

DISPOSITION:

Books are allowed to go directly to the inmates. Religious personal property must be SPOed.

| Signature Staff Member | Date 12-23-03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

this material, and as of 12/12/03 * it was never returned to Original Publications. Has the mailroom received anything addressed to Ryan Poullard #06429-078 from the above mentioned address? Policy Statement 5360.08 page 10 paragraph "C" states, "distribution to inmate of religious literature purchased by or donated to the Bureau of Prisons is contingent upon the Chaplain's granting of his or her approval." Does this approval policy also apply to religious literature purchased by an individual or his family? If so, has my religious material been forwarded to the Chaplain for his approval? In addition, please provide me with a copy of the criterion for the approval of religious literature so that I may be certain that these standards are met by my incoming religious materials.

If my religious material is at this institution please forward it to me as soon as possible. If for some reason I will not be granted access to my religious material, please forward me a copy of the grounds for this denial of access. Also, should I be denied access to this religious material, please return said material to Original Publications promptly so that my family may obtain a refund for the fifty dollar purchase price.

Thank you for your assistance.

\* Confirmation of the date of mailing and failure to return package to sender were obtained via telephone calls made by my family.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                    FEDERAL BUREAU OF PRISONS

| ⟶:(Name and Title of Staff Member) | DATE: |
|---|---|
| Phillip Williams/Supervisory Chaplain | 12/24/03   Rcvd 12-29-03 |
| 3 ⟶ Ryan Poullard | REGISTER NO.: |
| | 06429-078 |
| WORK ASSIGNMENT: | UNIT: |
| Rec. P.M. | SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Thank you for meeting with me on Tuesday 12/23/03 in regards to the
unusually delayed return of my religious information package to the sending
publisher. The Thursday 12/18/03 return date that you spoke with me
about was helpful in lessening my family's concerns. Seeing that Religious
Services currently has no vendor in place for the purpose of Tarot Card
purchases, I appreciate your willingness to use Original Publications as the vendor
for my Tarot Card S.P.O. I have attached an order form complete with
contact info., as well as the list of Tarot Card sets & related books carried by
Original Publications. This may be helpful should you decide to make this
company a permanent Tarot Card vendor. I trust that this S.P.O. will be
done speedily since it pertains to the meeting of my religious needs. Also, I

_____(Do not write below this line)_____(Continued on back)_____

DISPOSITION:

Mr. Poullard,

Greetings. There was no rejection notice done. The package was
rejected because ~~not~~ the religious property was not obtained thru
the commissary or by SPO (see PS 5360.08 Sect 15a. #c.). Also, your
current religion could factor as to whether an SPO would be approved
for a religious item that has nothing to do with your requested religion on
the computer. Plus, your choice of alternatives among strongly diverse religions
could factor because it is not clear what you really want.

| Signature Staff Member | Date |
|---|---|
| Williams | 12-29-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)



This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

have not received my rejection slip, my copy of the grounds for rejection, or the copy of criterion for the approval of religious literature that I requested in my previous cop-out. Please forward these to me as soon as possible.

Thank you for your assistance.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Phillip Williams / Supervisory Chaplain | DATE: 12/31/03 |
|---|---|
| FROM: Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Rec. P.M. | UNIT: SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Thank you for making me aware of my current SENTRY RLG assignment, and for informing me about the problems that could arise as a result of it. Considering the pending status of my "New or Unfamiliar Religious Components Questionnaire" submittal & based on the information that you have given me, I hereby formally request that my SENTRY RLG assignment be changed to "No Preference." Your response indicates that this designation would be more fitting, and as a qualified pastoral care provider, I trust that your information coupled with this change of assignment will facilitate the meeting of my religious needs. If necessary, I will gladly submit a written statement clarifying "what I really want" and explaining the reasons for my prior searchings "among strongly diverse (other side) →

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

religions." If there are any other areas of concern, please include them in your response. Thank you for your assistance.

_Supervisory Chaplain Phillip Williams_

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program,</u> (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: _Ryan Poullard_ _____ Reg. No. _06429-078_ Unit, _SA_

Specific Complaint and Requested Relief: _In an attempt to acquire information regarding mail material shipped from publisher on 11/12/03, I forwarded an "Inmate Request to Staff" form to the Mailroom Supervisor. On 12/23/03 the Supervisory Chaplain spoke with me about said mail material, handed me my "Inmate Request to Staff" form complete with disposition, and informed me verbally that a special purchase order had to be done. I verbally requested a special purchase order on 12/23/03, and I forwarded three separate "Inmate Request to Staff" forms in an effort to obtain approval of the remedy that he himself recommended. As of 01/07/04, no attempt has been made by the Supervisory Chaplain to begin the special purchase order process. In accordance with ~~Attachment~~ page 18 "Personal Religious Items," please assist me and approve my special purchase order as soon as possible._    _Thank You._

Efforts Made By Inmate To Informally Resolve Grievance(Be Specific)
_No response to 12/31/03 "Inmate Request to Staff" form addressed to the Supervisory Chaplain._

Counselor's Comments: _____

Assistant ISM Nimmo

BMC 1330.13
[date]
Attachment, A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Ryan Poullard _____ Reg. No. 06429-078 __ Unit, 5A

Specific Complaint and Requested Relief: Mail material shipped from publisher on 11/12/03 in compliance with BOP/institution policy, and addressed to me personally by name and number, was allegedly rejected on 12/18/03. I forwarded an "Inmate Request to Staff" form to Assistant ISM Mr. Nimmo on 12/12/03 in which I requested written rejection notification, but I received no response. Pursuant to P.S. 5800.10 chapter 3 page 11, the maximum amount of time for the withholding of mail material in investigations is 48 hours. I was unable to obtain any information whatsoever regarding said mail material until 12/23/03. The info given on this date was verbal only, and as of 01/07/04, no written rejection notification has been given. To avoid future problems and/or delays, please advise me as to what triggered the withholding of this mail material beyond the 48 hour maximum time frame. Also, please forward me a copy of my rejection notification as soon as possible. Thank you

### Efforts Made By Inmate To Informally Resolve Grievance(Be Specific)

### Counselor's Comments: _____

*Mailroom Supervisor*

BMC 1330.13
[date]
Attachment, A

<u>DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT</u>

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmates Name: Ryan Poullard                    Reg. No. 06429-078    Unit, 5A

Specific Complaint and Requested Relief: Mail material shipped from publisher on 11/12/03 in compliance with BOP/institution policy, and addressed to me personally by name and number, was forwarded to the Supervisory chaplain after being received into the institution. No information whatsoever was provided by institution staff in regard to this mail material until 12/23/03. The information given on this date was verbal only, and as of 01/07/04 no written rejection notification has been given. To avoid future problems and/or delays, please advise me as to what triggered the forwarding of properly addressed and shipped mail to non-mailroom staff. Also, please make arrangements for me to review said mail material in accordance with P.S. 5266.10 page 5 paragraph "D." This review will assist me in determining whether or not an Administrative appeal should be pursued.
                                        Thank You

Efforts Made By Inmate To Informally Resolve Grievance (Be Specific)
No response to 12/31/03 "Inmate Request to Staff" form addressed to Supervisory chaplain, or 01/02/04 "Inmate Request to Staff" form addressed to Mailroom Supervisory

Counselor's Comments: Per your conversation with Chaplain Williams you can request this materials thru an S.P.O. commissary

_Jue ?_ 1915M 1-15-04
Correctional Counselor's Review/Date          Unit Manager's Review / Date

Ifa Attachment

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Phillip Williams | DATE: 10-2-04 |
| FROM: David Armos | REGISTER NO.: 42266-061 |
| WORK ASSIGNMENT: UNICOR | UNIT: VB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Please change my religious Sentry assignment to Ifa.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                      FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Philip Williams | DATE: 10-2-04 |
|---|---|
| FROM: Kericia Montgomery | REGISTER NO.: 05823-095 |
| WORK ASSIGNMENT: Oderly | UNIT: 5-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Please change my religious Sentry assignment to Ifa.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)              This form replaces BP-148-070 dated Oct 8

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Phillip Williams | DATE: 10-02-04 |
|---|---|
| FROM: Winfred L. Woods | REGISTER NO.: 62286-079 |
| WORK ASSIGNMENT: Rec. | UNIT: TA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Please change my religious Sentry assignment to Ifa:

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| PHILLIPS WILLIAMS | 10-8-04 |
| FROM: FRANCISCO ROMERO | REGISTER NO.: 25870-034 |
| WORK ASSIGNMENT: REC | UNIT: TM |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Please change my religious Sentry assignment to **Ifa**.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Phillip Williams | DATE: 10-2-04 |
|---|---|
| FROM: Rodney Benson | REGISTER NO.: 46303-079 |
| WORK ASSIGNMENT: X B ORd. | UNIT: X B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Please change my religious Sentry assignment to **Ifa.**       •

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| PHILLIP WILLIAMS | 10-04-04 |
| FROM: Bonnie Cedeno | REGISTER NO.: 70081-078 |
| WORK ASSIGNMENT: Unicor | UNIT: SB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Please change my religious Sentry assignment to **Ifa**.

Thank you for your assistance.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

**Remedy ID # 355510-F1**

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: **Shangowande Al-Hajr**
**Poullard, Ryan E.**     **06429-078**     **SA**     **Beaumont Low**
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** I am an Ifa devotee and I have been pursuing Ifa's approval for more than a year. **SEE Attachment A.** Because it was not recognized as a religion within the Bureau Of Prisons, I was forced to build the necessary Shrines for this faith in my inmate locker. Ifa was finally approved by the Regional Chaplaincy Administrator on 9/24/04 (**SEE Attachment B**), but my religious Shrines have made me the subject of ridicule and embarrassment on several occasions. The first incident involved Correctional Officer (C.O.) J. Braus. After shaking down my locker, C.O. Braus questioned me about my religion and made insensitive remarks about the food offerings that are a major part of the Ifa faith. **SEE Attachment C.** On the second occasion, religious materials mailed to me in compliance with Bureau policy were confiscated and withheld for more than a month. **SEE Mail Attachment.** If my family hadn't called the institution to investigate this issue, I would not have received any information whatsoever

10/14/04 (42 A.D.)       _Shangowande_       (next page)
_____DATE_____       SIGNATURE OF REQUESTER

**Part B- RESPONSE**



RECEIVED
OCT 2 0 2004
WARDEN'S OFFICE
FCC BEAUMONT (LOW)

_____       _____
DATE       WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

ORIGINAL: RETURN TO INMATE       CASE NUMBER **355510-F1**

      CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____  _____
DATE       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

delayed rejection of this mail material.  The third incident occurred when female C.O. Jones made a huge spectacle out of my shrines.  I returned to the housing unit to find a staff pad lock on my locker, and a line of inmates waiting to ask me what was in my locker.  Comments such as "she opened his locker and hit the deuces" were heard throughout the following week.  Lt. Gentry and several other Officers had apparently crowded into my cubicle to view my religious shrines, and this unwanted attention turned me and my religion into the housing unit's favorite joke.  When I asked C.O. Jones why the staff pad lock was on my locker she informed me that I would have to tell her what was in my locker before she would take it off.  I was forced to explain like I had done something wrong, and I was instructed to dismantle my shrines so she could shake down my locker. I was treated like some sort of freak simply because I had no choice but to "worship out of my locker" until my religion was approved.  On the following night, in front of several inmate witnesses, female C.O. Jones approached my cubicle and questioned me as to whether or not my religion was authentic and approved.  I was again put on the spot and forced to explain.  On the fourth occasion C.O. Brooks shook down my locker and questioned me outside the housing unit in front of female C.O. Washington.  For the third time I was forced to justify and explain my faith.  The final incident took place on 10/04/04.  C.O. Johnson shook down my cell and in the process he tilted and shook my locker repeatedly.  On the first instance I informed C.O. Johnson that there were articles in my locker that would spill.  On the second instance I reminded him about the sensitive articles in my locker and asked him for his name.  He responded "that's what you get for being in prison, and my name is Puddingtain, ask me again and I'll tell you the same."  I had to get his real name from inmates and verify his name through other staff.  I place regular drink offerings of water and coffee in my shrines, and when I checked my locker my shrines had been knocked over and my drink offerings spilled.  I have a constitutional right to adhere to the religious faith of my choice and this ongoing harassment is unprofessional as well as illegal.  To avoid any future staff harassment, I am requesting that all materials and accommodations listed in my "New and Unfamiliar Religious Components" submittal be made available to the Beaumont Low Ifa community immediately.  **SEE Ifa Attachment.**  Also, all institution staff needs to be properly trained and taught to respect the practices and sacred objects of the Ifa community as well as any other "New and Unfamiliar" religious faith groups that are present at this institution.  (The dates of the above mentioned incidents can be found by reviewing the shake down logs of Unit SA, cube 17.  Details can be verified by numerous inmate witnesses.)

Thank you for your assistance.

Remedy ID # 354786-R1

U.S. Department of Justice                                    Regional Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal. Shangowande Al-Hijr

From: **Poullard, Ryan E.**         06429-078         SA         Beaumont Low
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.         UNIT         INSTITUTION

Part A—REASON FOR APPEAL   On Friday 10/08/04 I submitted Administrative Remedy case number 354786-F1 and on Wednesday 10/13/04 it was returned with a rejection notice. **SEE Attach-ments A and B.** The rejection remarks stated "you should not address yourself as AKA nor Bro." To comply with these instructions, I retyped my entire Administrative Remedy without using "AKA or Bro." and I resubmitted this Request on Thursday 10/14/04.  On Wednesday 10/20/04, Administrative Remedy case number 355510-F1 was rejected for reasons that should have been included in the initial rejection. **SEE Attachment C.** To avoid any further delays in the processing of this Administrative Request, I am appealing this rejection at the Regional level in accordance with the **Appeal of Rejections** section of **P.S. 1330.13.** I am requesting that all of the materials and accommodations listed in my "New and Unfamiliar Religious Components" submittal be made available to the Beaumont Low Ifa community immediately. **SEE Attachment D.** The Ifa community's FY 2005 study

10/21/04 (42 A.D.)                     _Shangowande_                (next page)
_____                     _____
     DATE                               SIGNATURE OF REQUESTER

Part B—RESPONSE




_____                    _____
            DATE                                              REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE          JAN 1 0 2005        CASE NUMBER: **354786-R1**

Part C—RECEIPT                                          CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.         UNIT         INSTITUTION
SUBJECT: _____

                                                                      BP-230(13)

material budgetary allocations **(SEE Attachment E)** should not be used to purchase any of these "start-up" necessities.

Thank you for your assistance.

Attachment A

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Bro. Shangowande Al-Ifá
a-k-a Pouillard, Ryan L.     06429-078     SA     Beaumont Low
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**   I am an Ifa devotee and I have been pursuing Ifa's approval for more than a year.   SEE Attachment A.   Because it was not recognized as a religion within the Bureau of Prisons, I was forced to build the necessary shrines for this faith in my inmate locker.  Ifa was finally approved by the Regional Chaplaincy Administrator on 9/24/04 (SEE Attachment B), but my religious shrines have made me the subject of ridicule and embarrassment on several occasions.  The first incident involved Correctional Officer (C.O.) J. Braus.  After shaking down my locker, C.O. Braus questioned me about my religion and made insensitive remarks about the food offerings that are a major part of the Ifa faith.  SEE Attachment C.  On the second occasion, religious materials mailed to me in compliance with Bureau policy were confiscated and withheld for more than a month.  SEE Mail Attachment.  If my family hadn't called the institution to investigate this issue, I would not have received any information whatsoever about the arrival and unusually

(next page)

10/06/04 (42 A.D.)          Shangowande Al-Ifá
DATE                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**

```
R E C E I V E D
   OCT 13 2004
  WARDEN'S OFFICE
FCC BEAUMONT (LOW)
```

_____          _____
DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 354786-F1

**Part C- RECEIPT**
                                      CASE NUMBER: _____
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____          _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          ♻ Printed on Recycled Paper          BP-229(13)

delayed rejection of this mail material. The third incident occurred when female C.O. Jones made a huge spectacle out of my shrines. I returned to the housing unit to find a staff pad lock on my locker, and a line of inmates waiting to ask me what was in my locker. Comments such as "she opened his locker and hit the deuces" were heard throughout the following week. Lt. Gentry and several other Officers had apparently crowded into my cubicle to view my religious shrines, and this unwanted attention turned me and my religion into the housing unit's favorite joke. When I asked C.O. Jones why the staff pad lock was on my locker she informed me that I would have to tell her what was in my locker before she would take it off. I was forced to explain like I had done something wrong, and I was instructed to dismantle my shrines so she could shake down my locker. I was treated like some sort of freak simply because I had no choice but to "worship out of my locker" until my religion was approved. On the following night, in front of several inmate witnesses, female C.O. Jones approached my cubicle and questioned me as to whether or not my religion was authentic and approved. I was again put on the spot and forced to explain. On the fourth occasion C.O. Brooks shook down my locker and questioned me outside the housing unit in front of female C.O. Washington. For the third time I was forced to justify and explain my faith. The final incident took place on 10/04/04. C.O. Johnson shook down my cell and in the process he tilted and shook my locker repeatedly. On the first instance I informed C.O. Johnson that there were articles in my locker that would spill. On the second instance I reminded him about the sensitive articles in my locker and asked him for his name. He responded "that's what you get for being in prison, and my name is Puddingtain, ask me again and I'll tell you the same." I had to get his real name from inmates and verify his name through other staff. I place regular drink offerings of water and coffee in my shrines, and when I checked my locker my shrines had been knocked over and my drink offerings spilled. I have a constitutional right to adhere to the religious faith of my choice and this ongoing harassment is unprofessional as well as illegal. To avoid any future staff harassment, I am requesting that all materials and accommodations listed in my "New and Unfamiliar Religious Components" submittal be made available to the Beaumont Low Ifa community immediately. SEE Ifa Attachment. Also, all institution staff needs to be properly trained and taught to respect the practices and sacred objects of the Ifa community as well as any other "New and Unfamiliar" religious faith groups that are present at this institution. (The dates of the above mentioned incidents can be found by reviewing the shake down logs of Unit 5A, cube 17. Details can be verified by numerous inmate witnesses.)

Thank you for your assistance.

Attachment B

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: OCTOBER 13, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI      UNT: SA     QTR: S02-017L
      P.O. BOX 26025
      BEAUMONT,  TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 354786-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : OCTOBER 13, 2004
SUBJECT 1      : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS        : YOU MUST SIGN YOUR NAME CORRECTLY.

Attachment C

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 20, 2004


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BEAUMONT LOW FCI

TO  : RYAN EDWARD POULLARD, 06429-078
      BEAUMONT LOW FCI      UNT: SA    QTR: S02-017L
      P.O. BOX 26025
      BEAUMONT, TX 77720


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 355510-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : OCTOBER 20, 2004
SUBJECT 1      : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REMARKS        : AS STATED IN YOUR REJECTION OF BP9-#354786-F1, YOU
                 MUST SIGN YOUR NAME CORRECTLY (NO ALIAS, ~~GANG~~
                 ~~INFORMATION, NOR ALTERNATE DATES, SUCH AS AS.~~

**Attachment E**



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Federal Correctional Complex, Beaumont_                    Beaumont, Texas 77720

October 7, 2004

MEMORANDUM FOR ALL INMATE RELIGIOUS GROUPS

FROM:          MACK PRAYTOR, SUPERVISORY CHAPLAIN

SUBJECT:       Purchases for FY 2005

The Religious Services Department is requesting each religious community to present their requests for books, videos, and other community religious material for FY 2005. Please take the time to review your group's <u>needs</u> for the upcoming fiscal year and type a list of materials by priority (the greatest need at the top of the list). Handwritten lists will not be accepted. This list must be completed and turned in to the Chaplain no later than Monday, November 15, 2004.

While preparing the list keep the following in mind:

1. The list you submit is **ONLY A RECOMMENDATION**. The Chaplain makes the final determination of what is purchased for the department. Therefore, just because you request something doesn't mean it will be purchased.

2. The Chaplain has the responsibility to manage the budget equitably among the numerous religious groups.

3. Additional lists will not be accepted after November 15, 2004. Any list submitted after November 15 will be returned.

4. Lists that are not typed will be returned.

Thank you for taking the time to assist in this request. Your prompt attention in this matter will help ensure your community's religious needs are met in the months ahead.

cc: AW(C)
    File

<u>Remedy ID # 354786-A1</u>

**UNITED STATES GOVERNMENT**
**MEMORANDUM**
**FEDERAL BUREAU OF PRISONS**

DATE: May 24, 2005

REPLY TO
ATTN OF: National Inmate Appeals, Central Office

SUBJECT: Administrative Remedy Appeal - Case No.   354786-A1

Ryan Poullard, 06429-078
FCI
P.O. Bo x 26020
Beaumont, TX 77720-6020

___1. Your appeal was answered on_____.  If you have not received your copy by now, you may ask the institution Administrative Remedy Coordinator to provide you with a copy from the Warden's Administrative Remedy File.

___2. Your appeal was filed on_____ and a response is still in progress.  If more than 40 days have elapsed since the filing date, you are entitled to consider your appeal denied.  However, some cases cannot be decided within this time period.  In that event, the time for response may be extended for an additional 20 days.   Staff will provide you with a computer-generated notice of extension to inform you of the extension.

___3. Our records indicate that the appeal you reference has not been filed with this office.

___4. You have not provided sufficient information for us to respond to your inquiry.  If your inquiry concerns an administrative remedy, please provide the case number, the date filed in this office or date mailed by you, your name and register number, and the subject of your administrative remedy. If you cannot provide all of this information, please provide as much as possible.

___5. A review of your inquiry reveals it contains issues you should first bring to the attention of institution staff.  If you are unable to resolve the issue(s) informally, you may present your complaint to the Warden via the Administrative Remedy Procedure. This procedure is available to inmates confined in federal facilities to complain about any aspect of their confinement.

___6. Extensions are granted only if an inmate's submission is untimely by no fault of his own.  Requests for extensions are only considered when submitted with the complete appeal packet. Your unit team can assist you in obtaining the copies that you need.  Also, if your appeal is going to be late, it will be rejected as untimely.  You will need to attach staff verification on BOP letterhead documenting the reason why your appeal is untimely.

___7. Central Office Administrative Remedy Appeal responses are the final agency position.  If you are dissatisfied with the response, you may pursue any legal recourse you deem appropriate.

___8. We can only address issues within the jurisdiction of the Federal Bureau of Prisons. Your issue is one of_____ jurisdiction.

_X_9. Your appeal was rejected and returned to you on 04-08-2005 .

___10.Other:

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 9

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) **Central Office Admin. Remedy Coordinator** | DATE: **04/05/05 (42 A.D.)** |
|---|---|
| FROM: **Shangowande Orisha-nla/Ryan Poullard** | REGISTER NO.: **06429-078** |
| WORK ASSIGNMENT: **Safety** | UNIT: **SA** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

   Please inform me as to the current status of my Central Office appeal of case number 354786-R1's rejection. This package was sent certified mail and the requisite BP-329 was completed via S-unit's Correctional Counselor. The package was received at the Central Office on 02/22/05 **(SEE Attachment)**, but I still have not been issued a SENTRY generated acceptance notice. Any information or assistance will be greatly appreciated.

                    Thank you for your assistance.

---

                   (Do not write below this line)

DISPOSITION:

                    RECEIVED
                    MAY 2 - 2005

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Prisons
Administrative Remedy Section
320 First Street, NW
Washington, D.C. 20534

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0003 9558 2143

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Shangowande Orisha-nla
a.k.a. Poullard, Ryan E.          06429-078          SA          Beaumont Low

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**  On 10/21/04 I submitted a certified Regional Administrative Appeal package to Correctional Counselor R. Parquet and completed the requisite BP-329. A week later when a separate 10/13/04 certified Regional Administrative Appeal package was returned for the second time (without having left the institution), I noticed that my 10/21/04 Appeal package was still sitting on Counselor Parquet's book shelf. After this discovery I mailed a "special mail" package to U.S. Attorney Matthew Orwig on 10/28/04, and my letter addressed Counselor Parquet's withholding of this 10/21/04 Appeal package. SEE Attachment A. The package in question was not received at the Regional office until 01/10/05 and it was rejected for being "untimely." SEE Attachment B. Institution staff held this appeal for seventy seven calendar days/fifty five working days. To prevent delays caused by mail related investigatory processes, P.S. 5800.10 chapter 3 page 12 mentions "the requirement to generally deliver mail within 24 hours and packages within 48 hours."    (next page)

_____          _____
DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____          _____
DATE                                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

This requirement was totally disregarded and I was denied my right to an appeal for a reason that was beyond my control. The passage of my Appeal package was knowingly and willfully obstructed by institution staff, and this obstruction violates both **18 U.S.C. §1701** and **18 U.S.C. §1702**. The second rejection reason stated "you should have made necessary corrections, correctly signing and dating your BP-9 form." I submitted two separate 'Informal Resolution Attempts' prior to this rejection in hopes of gaining a clearer understanding of what my signature should look like, but the Administrative Remedy Coordinator refused to respond. **SEE Attachment C.** Feeling that institution staff members were deliberately ignoring my concerns, I appealed to the Regional office. Again, my request was rejected. **28 C.F.R. §541.12** states that inmates "have the right to freedom of religious affiliation." SEE Attachment D. I made it known at the Regional and institution levels that I am a member of both the Most Honorable Elijah Muhammad's religious community and the Ifa community. One of the major tenets of the Most Honorable Elijah Muhammad's teachings is the renunciation of the European surnames that were _forced_ upon our ancestors during the trans-atlantic slave trade. **SEE Attachment E.** These names are the vestiges of the most brutal and horrific system of oppression that the world has ever known, and they are "the mark of the beast" to the true followers of the Most Honorable Elijah Muhammad. **SEE Attachment F.** The A.D. era, according to the Gregorian calendar, begins with the birth of the "Jewish Jesus" of two thousand years ago. Christians believe him to be the savior of the world and their measurement of time reflects this view. However, my ancestors prayed to this "Jewish Jesus" of two thousand years ago hoping that he would save them from the rapes, lynchings, and beatings that were a major part of the trans-atlantic slave trade, but he failed to answer. Therefore, he is not the savior of my people and my measurement of time reflects this view. I am well aware of the fact that I was committed into the custody of the Bureau of Prisons under the "christian name" Ryan Poullard, and I am also aware of the fact that most of the world uses the calendar that was sponsored by Pope Gregory XIII in 1582. On the other hand, I have a right to proclaim my religious beliefs in the same manner that christians proclaim theirs. My "freedom of religious affiliation" can _not_ be used to deny me my right to an Administrative Remedy and I am appealing the Regional office's rejection of case number 354786-R1 to the General Counsel in accordance with the **Appeal of Rejections** section of P.S. 1330.13.

Thank you for your assistance.

Exhibit A



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

_____

4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

September 24, 2004


Mr. Ryan Poullard
Reg. No. 06429-078
P.O. Box 26020
Beaumont, Texas 77720-6020

Dear Mr. Poullard,

We have reviewed your request to introduce "Ifa" at FCI Beaumont
(Low). After a thorough evaluation of your documentation, we
have approved your request. The Warden may make local decisions
regarding the specific request of this group, taking into
consideration Bureau policy, supervision capabilities, security
interest, and the safe and orderly running of the institution.


Sincerely,

Matt Harness
Regional Chaplaincy Administrator



cc:  R. Childress, Warden
     FCI Beaumont (Low)

Exhibit B

BP S148.055    **INMATE REQUEST TO STAFF MEMBER**    CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | Date: |
|---|---|
| **Mack Praytor   Supervisory Chaplain** | **11/22/05 (43 A.D.)** |
| From:   **Shangowande Orisha-nla**<br>   Ryan Poullard | Register Number:<br>**06429-078** |
| Work Assignment:<br>   **Safety** | Unit:<br>   **SA** |

**SUBJECT:** Briefly state your question or concern and the solution you are requesting. Continue on the back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please provide me with the name of the staff member directly responsible for the

"Yoruba/Santeria" and "General Yoruban Program" misnomers that were placed upon the

Ifa faith group.  Also, please include the address at which said staff member's

official duties are performed.


Thank you for your assistance.

(Do No Write Below This Line)

DISPOSITION:

| Signature Staff Member: | Date:<br>11/28/05 |
|---|---|

BP S148.055    **INMATE REQUEST TO STAFF MEMBER**    CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member)<br><br>Mack Praytor  Supervisory Chaplain | Date: **1rst Submittal        2nd Submittal**<br><br>**11/22/05 (43 A.D.) 11/30/05 (43 A.D.)** |
|---|---|
| From:  Shangowande Orisha-nla<br>Ryan Poullard | Register Number:<br><br>06429-078 |
| Work Assignment:<br><br>Safety | Unit:<br><br>SA |

SUBJECT:  Briefly state your question or concern and the solution you are requesting.  Continue on the back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please provide me with the name of the staff member directly responsible for the
"Yoruba/Santeria" and "General Yoruban Program" misnomers that were placed upon the
Ifa faith group.  Also, please include the address at which said staff member's
official duties are performed.


Thank you for your assistance.


(Do No Write Below This Line)

DISPOSITION: ~~·····························~~ ?

| Signature Staff Member: | Date:<br><br>12/5/05 |
|---|---|

Record Copy—File; Copy— Inmate (This Form May Be Replicated Via WP)    This Form Replaces BP-148.070 Dated Oct 86 And BP-S148.070 Apr 94

Submitted on this <u>19</u> day of January, 2007.

BMC 1330.13
[date]
Attachment, A

<u>Deputy Warden Quintana</u>

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy</u> <u>Program,</u> (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

**Shangowande Orunmila**

Inmates Name:____Ryan Poullard_____ Reg. No.__06429-078____ Unit,__SA__

Specific Complaint and Requested Relief:__My New and Unfamiliar Religious Components submittal plainly stated that the name of my religion is "Ifa." On September 24, 2004, my religion, "Ifa," was approved for introduction at FCI Beaumont (Low). See Attachment. The Regional Chaplaincy Administrator's approval letter did not mention Yoruba, Yoruban/Santeria or General Yoruban Program, only "Ifa." However, my faith group has been continually referred to, and labeled as, everything but "Ifa." These intentional misnomers are offensive, discriminatory, and completely unacceptable. This informal resolution attempt will serve as legal notice. Should any of your subordinates at this institution use any name other than "Ifa" when addressing, or making reference to my religion, both you, the CEO of this institution, and said staff member will be personally liable in civil action. Please address any concerns in your response.

## Efforts Made By Inmate To Informally Resolve Grievance(Be Specific)

## Counselor's Comments:_____

Correctional Counselor's Review/Date          Unit Manager's Review / Date

Submitted on this ___19ᵗʰ___ day of January, 2007.

BMC 1330.13
[date]
Attachment, A

Chaplain Watanabe

DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (Dec. 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Shangowande Orunmila

Inmates Name: ___Ryan Poullard___    Reg. No. ___06429-078___    Unit, ___SA___

Specific Complaint and Requested Relief: ___On September 24, 2004, my religion,

"Ifa," was approved for introduction at FCI Beaumont (Low). See Attachment. My New and

Unfamiliar Religious Components submittal plainly stated that the name of my religion is

"Ifa." The Regional Chaplaincy Administrator's approval letter did not mention Yoruba,

Yoruban/Santeria or General Yoruban Program, only "Ifa." However, the chapel locker for

my faith group bears a Yoruba label. The current chapel schedule lists my faith group

as General Yoruban Program. The Catholic faith group is not listed as General Roman

Program, nor does its locker bear a Roman label. We are the only faith group that has

been intentionally misnomered. This is an offensive, discriminatory & racist gesture that

will not be tolerated any longer. Change the label on our chapel locker and our listing

on the current chapel schedule to Ifa immediately. If it will not be changed immediately

as requested herein, provide me with the name, title, and work address of the staff

member(s) directly responsible for this disparaging misnomer.

Efforts Made By Inmate To Informally Resolve Grievance(Be Specific)

_____

_____

_____

_____

_____

Counselor's Comments: _____

_____

_____

_____

_____

_____

Exhibit C

POULLARD, Ryan            REG. NO. 06429-078    RECEIPTED: 8/24/06

CASE NO. 425337-R1        PART B - RESPONSE


You are appealing the Discipline Hearing Officer (DHO) action of
8/08/06, for Code 305, Possession of Anything not Authorized, and
Code 330, Being Unsanitary or Untidy.

The record of this disciplinary action reflects you were advised
of your rights and afforded the opportunity to exercise those
rights in accordance with Program Statement 5270.07, Inmate
Discipline and Special Housing Units.  After thorough review of
the incident report, the investigation, the evidence and related
documentation, there appears to be sufficient evidence presented
to support the DHO's decision.

This incident involved the DHO finding you possessed contraband
books, a Technical Manual for Religious Services, and finding you
Being Unsanitary or Untidy.  Specifically, on 7/19/06, the
reporting officer discovered you in possession of several books
belonging to other inmates, books from the Chapel, a SENTRY
Technical Manual for Religious Services, as well as decomposing
food items with a foul odor in your locker.  The reporting
officer attempted to resolve the incident informally, which you
refused.  The DHO took into account your statement, and
considered all the facts and evidence at the DHO hearing to make
the determination the greater weight of evidence indicated you
did commit the prohibited acts.

The sanctions imposed are within policy and commensurate with the
finding you committed the prohibited acts in the Moderate
severity category.  You provide no new evidence that has not been
previously considered.

Therefore, your request for relief at the Regional level is
denied.

In the event you are dissatisfied with this response, you may
appeal to the Bureau of Prisons, Administrative Remedy Section,
320 First Street, NW, Washington, D.C. 20534.  Your appeal
must be received in that office within 30 days from the date of
this response.


_____1/23/07_____                  _____
Date                               G. Maldonado, Jr.
                                   Regional Director

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

Shangowande Orisha-nla

| From: | a/k/a  Poullard, Ryan E. | 06429-078 | SA | FCC Beaumont Low |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**    On 8/8/06, after hearing incident report #1491830, the DHO found that I "committed the prohibited act of Code 305, Possessing unauthorized items and Code 300, Being unsanitary." In section III of the Discipline Hearing Officer Report the DHO stated that photographs were relied upon as evidence and that these photos indicated "the disarray of the area in question to include your locker." The DHO in section VII of this report also states that "possessing unathorized items and being unsanitary will not be tolerated in the correctional environment. It can have extremely serious repercussions for both staff and inmates, since it tends to result in further disruptive and violent behavior. The sanction of loss of commissary and telephone for 90 days (each) are imposed as an immediate sanction to show you this type of offense is of a serious nature and merits serious sanctions." It is impossible for me to describe how insulting these words are. Nearly two years ago (9/24/04) my religion, Ifa, was approved by the South Central Regional office's Chaplaincy

| 8/17/06 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

| DATE | REGIONAL DIRECTOR |
|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL RETURN TO INMATE                    CASE NUMBER: 425337-R1

**Part C—RECEIPT**                AUG 24 2006              CASE NUMBER: _____

Return to: _____ _____ _____ _____ _____

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Administrator.  During the month of October 2004 I made two separate attempts (Remedy ID numbers 354786-F1 and 355510-F1) to request "that all materials and accommodations listed in my New and Unfamiliar Religious Components submittal be made available to the Beaumont Low Ifa community immediately," but these requests were rejected and the issues raised in them were ignored.  I had been harassed by several staff members, on several occasions, for having religious shrines (offerings included) in my locker.  On or about 10/21/04 I submitted a Regional appeal package to my unit Counselor and completed the requisite package form.  This appeal package was held by institution staff for more than two entire months before being forwarded and was subsequently rejected by the Regional Office for being untimely (Remedy ID 354786-R1).  I appealed to the Central Office but this appeal (Remedy ID 354786-A) was also rejected and the issues raised therein were completely ignored.  During the month of August 2005, the Religious Services Department issued a "Memorandum for All Inmate Religious Groups." See Attachment A.  This memo instructed inmates to "take the time to review your group's needs for the upcoming fiscal year and type a list of materials by priority (the greatest need at the top of the list)."  Its closing line stated that "prompt attention in this matter will help ensure your community's religious needs are met in the months ahead."  In compliance with this memo, a purchase list for the Ifa community was submitted which clearly indicated that our "greatest need" was an outdoor Ifa lodge at which daily offerings and libations would be made.  See Attachment B.  Books were purchased in lieu of the outdoor Ifa lodge materials, and our prayer needs were ignored.  On 6/02/06 I submitted an 'Inmate Request' to Deputy Warden Quintana which addressed several religious needs, including worship materials. See Attachment C.  The kind and understanding Deputy Warden denied this request.  See Attachment D.  After being handcuffed, escorted and confined to the SHU, having a huge and embarrassing spectacle (photos taken in a housing unit full of nosy and insensitive inmates) made of my religious offerings, sleeping on the floor as the third man in a two man cell for 19 days, and having my religious beliefs questioned and ridiculed by the DHO, the over achieving Chaplain finally decided to tell me how he wants my offerings to be made.  See Attachment E.  This is absolutely unreal.  Ifa is not a "tidy religion" and that is why an outdoor Ifa lodge was included in my submittal.  I can not determine what is to be used as an offering (contraband excluded) and neither can the Chaplain, because these determinations are made via divination.  This matter was clearly addressed on page 4 of my Ifa New and Unfamiliar Religious Components submittal.  Furthermore, how can I use hard candies or sealed food items from Commissary if I don't have any money?  Should a believer who is placed on Commissary restrictions, like I am at present, be expected to stop praying until he can purchase an offering that is pleasing to the Chaplain?  I am too upset to continue and I only have one pen, so I have to use its ink wisely since it will be a while before I can buy another one.  Please lift these commissary and phone sanctions immediately, expunge these charges, and see to it that the outdoor Ifa lodge and other religious needs of my faith group are provided with all deliberate speed.

                    Thank you for your assistance.

**Attachment A**



*U.S. Department of Justice*

*Federal Bureau of Prisons*

---

*Federal Correctional Complex, Beaumont*                    *Beaumont, Texas 77720*

August 25, 2005

MEMORANDUM FOR ALL INMATE RELIGIOUS GROUPS

FROM:              MACK PRAYTOR, SUPERVISORY CHAPLAIN

SUBJECT:          Purchases for FY 2006

The Religious Services Department is requesting each religious community to present their requests for books, videos, and other community religious material for FY 2006. ~~Please take the time to review your group's needs for the upcoming fiscal year and type a list of materials by priority (the greatest need at the top of the list).~~ Handwritten lists will not be accepted. This list must be completed and turned in to the Chaplain no later than Monday, ~~October 17, 2005.~~

While preparing the list keep the following in mind:

1. The list you submit is ONLY A RECOMMENDATION. The Chaplain makes the final determination of what is purchased for the department. Therefore, just because you request something doesn't mean it will be purchased.

2. Due to the recently developed Standard Operating Procedures, materials must be considered religious in nature. These materials will not contain profanity; descrimination based on gender, race or religion; or contain language which may be interpreted as a threat to the safety, security or orderly running of the institution.

3. The Chaplain has the responsibility to manage the budget equitably among the numerous religious groups.

4. Additional lists will not be accepted after October 17, 2005. Any list submitted after October 17 will be returned.

5. Lists that are not typed will be returned.

Thank you for taking the time to assist in this request. ~~Your prompt attention in this matter will help ensure your community's religious needs are met in the months ahead.~~

cc: AW(C)
    File

Attachment B

## FY 2006 Purchase List
## for
## The Ifa Community

| Item/Title | Author/Musician | Vendor # |
|---|---|---|
| 1 Sacred objects and representations for outdoor (Ifa lodge) shrines. [Shango, Egun (Ancestors),Olokun, Ogun, Oshun, Ibeji, Shopona (Babaluaiye), Yemowo (Yemoja), Orisha-nla (Obatala), Oya, Eshu (Real Eshu Yangi's), Orunmila, and Oduduwa]. | | 2 |
| 2 Orisha carvings and sacred representations for chapel shrines. [Same as above]. | | 2 |
| 3 Consecrated drums (talking drums included). | | 2 |
| 4 Beaded calabashes. | | 2 |
| 5 Gongs. | | 2 |
| 6 White candles. | | 2 |
| 7 Consecrated Black Soap. | | 2 |
| 8 Congregational Obi Divination Implements (Straw casting tray included). | | 2 |
| 9 Containers (cups or small dishes) for water to be used in chapel meetings. | | - |
| "Ifism: The complete Works of Orunmila" (All Volumes). | C. Osamaro Ibie | 1 |
| "The Sacred Ifa Oracle" | Afolabi A. Epega & Phillip Neimark | 1 |
| Materials for Offerings [Kolanuts (plain, bitter, & white), cowrie shells, Red Parrot feathers, Peacock feathers, Loose Beads & fishing line or suitable substitute for stringing beads]. | | 2 |
| Traditional straw prayer mats. | | 2 |
| Pillows for meditation and divination. | | - |
| Incense [Myrrh, Sweet Almond, Frankincense (olibanum), Rose, Lavender, Jasmine, Sage, Lotus, Cedarwood, Honeysuckle, Cinnamon, Lily of the Valley, Jasmine, Spearmint, & Sandalwood]. | | - |
| "Yoruba: Mo On Ko, Mo On Ka; Know how to Write It, Know how to Read It." | Adebusola Onabajo Onayemi | 3 |
| Egbe Omo Anago Series- Orisha Obatala Parts 1&2 " Orisha Oshun Parts 1&2 " Orisha Shango Parts 1&2 " Orisha Ogun | Cassettes | 1 |
| CD- Festival of Deities | Chief Bolu Fatunmise | 1 |

| Item/Title | Author/Musician | Vendor # |
|---|---|---|
| "African Drumming" (Video) | Babatunde Olatunji | 5 |
| "Yoruba Modern Practical Dictionary: Yoruba-English; English-Yoruba." | J. Fakinlede | 4 |
| "Kalani: African Beats" | Video | 5 |

## Vendors

#1– Yoruba Book Center
610 New York Ave.
Brooklyn, NY 11203
Tel: (718) 774-5800
Fax: (718) 467-0099
Email:
atheliahenriettapress@yahoo.com

#2– Ile Awise Ifa
4321 Cardinal Drive
Dallas, Tx 75216
Tel: (214) 372-3754
     (214) 372-3637

#3– Bis Bus International
40 Alana Drive
Barrie, Ontario
L4N 7K8 CANADA
Tel: (705) 728-1697
Tel/Voice Mail/Fax: (705) 728-0980
Email: info@learnyoruba.com
Web site: www.learnyorub.com

#4– Barnes & Noble

#5– Warner Bros. Publications
15800 NW 48th Avenue
Miami, Florida 33014
Tel: 1-800-327-7643
     (305) 620-1500
Fax: (305) 621-4869
Email:
wbpsales@warnerchappell.com

Attachment C

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 9J
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Deputy Warden Quintana | 6/02/06 (43 A.D.) |
| FROM:   Shangowande Orisha-nla<br>         Ryan Poullard | REGISTER NO.:<br>            06429-078 |
| WORK ASSIGNMENT:<br>            SA Unit Orderly | UNIT:<br>       SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am a devotee of Ifa, an officially approved faith group that was authorized for

introduction at this facility well over a year ago.  However, ~~the materials requisite~~

~~accommodations, and the meeting of our fundamental religious needs have been totally~~

~~neglected by institution staff.~~  We are the only non-christian faith group that does not

have its own locker for supplies and literature.  The approved "New & Unfamiliar Religious

Components" submittal stipulated two meetings per week, one for study/instruction and

the other for prayer/meditation, but more than a year later this simple need has not been

met.  ~~Worship materials were also included in this approval submittal which more than a~~

~~year later has not ensued.~~  We are the only faith group in the Bureau of Prisons that is

not allowed to celebrate its holy days, even though these holy days were officially

approved via "New & Unfamiliar Religious Components" established procedure.  In May 2006,

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

**Attachment D**

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

POULLARD, RYAN
Reg. No. 06429-078
Unit: SA

This is in response to your Inmate Request to Staff dated June 6, 2006, in which you state your religious needs are being neglected by staff. Additionally, you note your group does not have it's own locker for supplies and literature. Further you request two meetings per week instead of one, and ~~you claim worship materials have not been purchased for your group.~~ Finally, you remark you are not allowed to celebrate your holy days. An investigation of your request reveals Ifa, your religion, has been approved to meet during the same time and space as other Yoruban-based religious groups. The Yoruban group has a locker and is labeled accordingly. There are several religious groups who meet once a week in the Chapel. On May 7, 2006, the General Yoruban group's time in the Chapel was doubled from one to two hours for the weekly scheduled meeting. ~~Books and literature you have requested have been purchased.~~ Other items will be forth coming as the budget allows.

Regarding your request to observe June 8 and 9, 2006, as days of work proscription to observe "Shopona," the chaplain requested you to provide documentation that your religion mandates these days off from work to observe work proscription. As of today's date, you have not provided sufficient documentation to confirm why you cannot work on the days you requested. ~~Therefore, your request is denied.~~

_____          6-13-06
Francisco J. Quintana, Deputy Warden          Date

<u>Attachment E</u>

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Chaplain Watanabe | DATE: 8/9/06 |
|---|---|
| FROM: Sàngówàndé Òrìsà-nlá Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Since the institution has not provided my faith group's approved
outdoor Ifá lodge, I have had no choice but to place my daily prayer
offerings in my locker. Because I didn't have a chapel memo or
some sort of written permission to pray, I was written an incident
report and taken to the S.H.U. for having offerings in my locker. Please
give me some sort of written permission to use my locker as a substitute
for the approved outdoor Ifá lodge.

Thank you.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

**TO: POULLARD, RYAN**                              **FCC BEAUMONT (Low)**
**Reg. No#. 06429-078**
**Unit: SA**

**SUBJECT: Offerings in your locker**

This is in response to your Inmate Request to Staff dated August 9, 2006 in which you request a memo granting permission to use your locker as an alter.

An investigation to your request reveals we are not forbidding the use of the locker as an alter or shrine for your religion.  However; it is never permissable to keep spoiled or rotten food in the locker.  As an alternative, use hard candies or sealed food items from Commissary.  If the food begins to spoil, dispose of it in a timely manner.  A memo circumventing hygenic policies cannot be issued from this office.

Thank You,

James Watanabe, Chaplain

Where in my request did I ask for a memo circumventing hygenic policies?

Exhibit D

Administrative Remedy Number 425337-A1
Part B - Response

You appeal the August 8, 2006, decision of the Discipline
Hearing Officer (DHO) regarding incident report #1491830, in
which you were found to have committed the prohibited act of
Possession of Anything Not Authorized, Code 305 and Being
Unsanitary or Untidy, Code 330.  You request expungement of the
incident report.

Our review of your disciplinary proceedings indicates
substantial compliance with Program Statement 5270.07, <u>Inmate
Discipline and Special Housing Units</u>.  The DHO's decision was
based upon the greater weight of the evidence as detailed in
Section V of the DHO report.  We find it reasonable for the DHO
to have made this determination.  Records indicate you appeared
before the DHO, were advised of your rights, and made a
statement.  The DHO gave greater weight of the evidence to the
reporting officer's account of the incident.  ~~Although you
dispute the charge, the evidence is sufficient to support the
finding.~~

~~On July 19, 2006, the reporting officer discovered you in
possession of several books belonging to other inmates, books
from the Chapel, a GENTRY Technical Manual for Religious
Services, as well as decomposing food items with a foul odor in
your locker.~~  The reporting officer attempted to resolve the
incident informally, which you refused.  We find the DHO met the
standards of fairness, impartiality, and burden of evidence on
witch to base the finding you committed the prohibited act as
charged.

Based on our review of the disciplinary record, we find the
required disciplinary procedures were substantially followed.
Each of your Due Process rights were upheld during the
discipline process.  The greater weight of the evidence supports
the DHO's decision, and the sanctions imposed were commensurate
to the severity level of the offense and in compliance with
policy.

~~Your appeal is denied.~~

_January 31, 2007_
Date

_for Helia Ruis_
Harrell Watts, Administrator
National Inmate Appeals

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: __Shangowande Orunmila__  __06429-078__    __SA__    __FCC Beaumont Low__
        __a/k/a Poullard, Ryan E.__
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**   On 8/24/06, my regional appeal of incident report # 1491830 was

received at the Regional Office.  On 9/18/06 the mandatory response date for this

appeal was extended to **10/23/06.**  It is now 4:08 PM on this 24th day of October, 2006, and

I have not received the requisite response.  However, my phone and commissary accounts are

still presently restricted.  Please lift these sanctions immediately, remove these charges

from my chronological disciplinary record, and see to it that the outdoor Ifa lodge and other

religious needs of my faith group are provided with all deliberate speed.


                        Thank you for your assistance.



__10/24/06__                        _____
        DATE                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

                                **RECEIVED**

                                OCT 3 1 2006

                            Administrative Remedy Section
                            Federal Bureau of Prisons


_____            _____
        DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

**Part C—RECEIPT**                      CASE NUMBER: _____

Return to: _____    _____    _____    _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT          INSTITUTION

SUBJECT: _____

Exhibit E

INCIDENT REPORT                    14011830

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| 1. NAME OF INSTITUTION: **FCI BEAUMONT-LOW** |
|---|

## PART I - INCIDENT REPORT

| 2. NAME OF INMATE:<br>Poullard, Ryan Edward | 3. REGISTER NUMBER:<br>06429-078 | 4. DATE OF INCIDENT:<br>07-19-2006 | 5. TIME:<br>2:40 PM |
|---|---|---|---|
| 6. PLACE OF INCIDENT:<br>UNIT SA | 7. ASSIGNMENT:<br>ORDERLY UNIT SA | 8. UNIT:<br>s04-051u | |

| 9. INCIDENT: refusing to obey an order of any staff member<br>possession of anything not bauthorized<br>being unsanitary or untidy<br>stealing , including data/printouts from automated equipment<br>adulteration of any food or drink. | 10. CODE 307/305/330/219/209 |
|---|---|

11. Description of Incident  (Date:07-19-2006 Time:10:30  AM    Staff became aware of incident)
At approximately 10:30 AM while conducting unit rounds I walked in to cell S04-051U and discovered several books and several stacks of what appeared to be personal papers. Knowing that this items posed both a safety and a security concerned , I ask inmate  Poullard # 06429-078 if this items belong to him? Inmate Poullard acknowledge to being the owner of all the items that I pointed out to him in  cell s04-051u I than  explained to him that he needed to move all his personal papers and books to the units center storage , I also explained to him that cell 51-u is a handicap cell and that the room was getting to crowded due to three inmates being housed in that cell and one of the inmates is a paraplegic person. Inmate Poullard stated to me that he was tired of being told about his property, inmate further stated that he needed to have all this items in his cell  due to his ongoing legal battle with the BOP and that all his books were all religious materials.

At 2:40 PM After several attempts to informally resolve the problem , Inmate Poullard became verbally aggressive and became  more defiant to move his personal property to the storage room. Inmate Poullard  made the following statements I will not move this religious books or legal work , I need an extra locker to put this items in this cell. ~~During this time , Counselor Gibbs assisted me by opening inmate's Poullard locker, Upon opening this~~ ~~locker Myself and Counselor of Inmate Poullard's section. Upon the opening of the locker I discovered several  food items that was in decomposing~~ ~~state.~~ At this point Case Manager Merendino explained to inmate Poullard that he needed to remove all that wasted food items ,inmate Poullard stated that it was his religious offerings. I explained to him that  no special permission was given to him to place and store wasted food, I explained to him the safety and the sanitary problems that myself and Mr. Merendino had? At this point I ordered inmate Poullard to clean his entire area and to remove the wasted material and to place his personal papers and books to the center storage. Inmate Poullard refused by making the following statement " If you want me to clean my religious food offerings, send me to the hole" inmate Poullard was escorted to the Lieutenants office and was placed in the Special Housing Unit. During the inventory of the inmate Poullards property I discovered several books that belong to other inmates and to the FCILBeaumont Chapel. A Sentry Technical Manual for religious services was also found on his property. several copy's of his  staff request were  found with his name on them detailing sentry terminology.

| 12. SIGNATURE OF REPORTING EMPLOYEE: | TIME AND DATE<br>6:00PM / 07-19-2006 | 13. NAME AND TITLE (Printed):<br>L.Melio, Counselor unit SA |
|---|---|---|
| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY: | 15. DATE INCIDENT REPORT DELIVERED<br>7/20/06 | 16. TIME INCIDENT REPORT DELIVERED<br>9:17 |

## PART II - COMMITTEE ACTION

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT: _I did not refuse to remove books and papers. SCRO approved my religous which requires daily offerins. they do not give adequate space so I had to keep it in my locker._

18. _Based on eyewittness report and written version and statements of other witness._

| 18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU: | B. ⎵ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING |
|---|---|
| ___ COMMITTED THE FOLLOWING PROHIBITED ACT. | C. ⎵ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS. |
| ___ DID NOT COMMIT A PROHIBITED ACT. | |

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION: _Refer to DHO and recommend loss of disallow GCT, change of quarters, and commissary restriction._
07/21/06, at 2:00pm

Exhibit F



**U.S. Department of Justice**

*Federal Bureau of Prisons*

Beaumont, Texas 77720

07-19-2006

MEMORANDUM FOR  Incident Report Supporting Memo

FROM:          D. Gibbs, Correctional Counselor

SUBJECT:          Inmate Poullard #06429-078

     Counselor Mello asked me and Case Manager Merendino to walk over to cube 51 in SA. ~~When we arrived at cube 51, I observed numerous books and papers stacked up against the wall inside the cubicle. There were books also stacked up on top bunk. This bunk is assigned to inmate Poullard #06429-078. These books and papers were identified by inmate Cortez, who also lives inside this cubicle, as to belonging to inmate Poullard.~~ Counselor Mello then contacted control center and requested that inmate Poullard return to the unit SA. ~~I then opened up inmate Poullard's locker, at which was found on the bottom left side of the locker numerous items. Some of the items were cookies, sugar cubes, smoked oysters and various other items that were not sealed in a container or wrapper.~~ Inmate Poullard arrived and Counselor Mello asked inmate Poullard why he did not get rid of the books that he was asked to. Inmate Poullard stated that he did not have enough room in his locker to place the items. Case Manger Merendino asked inmate Poullard as to why he did not have enough room in his locker. Inmate Poullard stated that his locker was used as his offering place. He then stated that the Bureau of Prisons had not provided him a place outside the housing unit to place his religious offerings and he was forced by the Bureau of Prisons to place the offerings inside his locker. Inmate Poullard was given a direct order by Counselor Mello to clean his area up and put the books and papers away. Inmate Poullard stated if you can just send me to special housing if you make me do that. Inmate Poullard continued to be defiant towards Counselor Mello by not following his orders to clean his cell.

Exhibit G



**U.S. Department of Justice**

*Federal Bureau of Prisons*

Beaumont, Texas  77720

07-19-2006

MEMORANDUM FOR  Incident Report Supporting Memo

FROM:          S. Merendino

SUBJECT:       Inmate Poullard 06429-078

      On 07-19-2006 at approximately 2:30 P.M., Counselor Mello asked me to walk over to Cube 51 in SA. ~~Upon arrival, I observed numerous books and papers stacked up against the wall inside the cubicle. Additionally, there were books stacked up on top of the upper bunk. This bunk is assigned to inmate Poullard 06429-078. Inmate Cortez who also lives inside this cubicle, identified that all of the books and papers belonged to inmate Poullard.~~ Counselor Mello contacted control and requested that inmate Poullard return to the unit. ~~Counselor Gibbs opened up inmate Poullard's locker. On the bottom left side of the locker there were numerous items laying on the bottom. Some of the items were cookies, sugar cubes, smoked oysters, and various other items that were not sealed in a container or wrapper.~~ Upon the arrival of inmate Poullard, Counselor Mello asked inmate Poullard why he had not put away the books that he was asked to do by Counselor Mello. Inmate Poullard stated that he did not have enough room in his locker to place the items. I asked inmate Poullard what the items were for in the bottom of his locker, and he replied that it was a religious offering for his religious beliefs. He stated that the Bureau of Prisons had not provided him a place outside the housing unit to place his religious offerings and he was forced by the Bureau of Prisons to place the offerings inside his locker. By placing these items inside his locker, it clearly is a sanitary issue inside the cubicle. Counselor Mello attempted to counsel inmate Poullard but kept getting interrupted by inmate Poullard. I informed inmate Poullard that he could not leave the books and papers laying out and the items needed to be placed inside his locker, and he replied that he would not be able to have to having to display his religious offerings inside his locker. I informed inmate Poullard if he needed a place for his legal material that he would provide him a place in a secured area that he would have access to these materials and he replied that he did not want to do this because he has had staff steal his paperwork in the past. Counselor Mello gave inmate Poullard a direct order to clean his area up and put the books and papers away and inmate Poullard stated if you are going to make me do that you can just send me to special housing. Counselor Mello stated to inmate Poullard that going to special housing would not solve the problem.  Inmate Poullard continued to be defiant towards Counselor Mello, Counselor Gibbs, and me. At this time, Counselor Mello and Counselor Gibbs escorted inmate Poullard to the Lieutenant's office.

Exhibit H





Exhibit I



Exhibit J



Exhibit K

To: Case Manager Garrison

Date: 7/30/06 (43 A.D.)

From: Sanagwende Originals
Ryan Poullard

Reg #: 06429-078

Re: Unit Orderly

Unit: 5A (currently in S.H.U.)

Subject:

In accordance with the "Freedom of Information Act" please provide me with copies of the "statements of other witnesses" mentioned in section 19 of incident report number 1491830 along with all other documents and/or photos that will be used against me in the incoming DHO hearing. These copies will be absolutely necessary for the preparation of my defense.

Thank you for your assistance.

Disposition: Mr. Poullard, the incident report and all supporting documents were forwarded to the DHO. Accordingly, I do not have access to the items you have requested. Furthermore, any FOIA requests need to be made to the Central Office at the following address:

Director FBOP
FOIA/PA Request
320 First Street NW
Washington, DC. 20534

Signature of Staff Member:                    Date: 8/1/06

Freedom of Information Request

August 6, 2006

Dear Sir,

Please provide me with copies of all written statements, photos, and documents that were used by FCI Beaumont-Low staff members to support the acts alleged in FBOP Incident Report # 1491830. This incident report was written by Correction Counselor L. Mello at 6:00 PM on 7/19/06, delivered to myself on 7/29/06, referred to the DHO by the UDC at 2:20 PM on 7/21, and is presently in the possession of the DHO assigned to Beaumont, Federal Correctional Complex. To refute these allegations, and prepare appropriate defenses these reports will be an absolute necessity.

Thank you for your assistance.

Sangowarke Origá-na
a/k/a Ryan Poullard

Exhibit L

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Chaplain Watanabe | DATE: 8/8/06 |
|---|---|
| FROM: Sàngowàndé Orìsà-nlà  Ryan Poullard | REGISTER NO.: 06429-078 |
| WORK ASSIGNMENT: Unit Orderly | UNIT: SA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

If the chapel prepared a stolen or delinquent book list since you have been assigned to the low security institution, please provide me with a copy, ~~the names on~~ Also, were any books stolen from or reported as missing from my faith group's locker

Thank you.

(Do not write below this line)

DISPOSITION:

1. ~~~~~~~~~~~~~~~~~~~~~~~~~~

2. ~~~~~~~~~~~~~~~~~~~~~~~~~~

| Signature Staff Member | Date 8/8/06 |
|---|---|

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

Exhibit M

U.S. Department of Justice

**Confiscation and Disposition of Contraband**

Federal Bureau of Prisons

---

Signature/Printed Name of Staff Member Confiscating Property — *L. M. ello*

(Institution) — *FCLL Bmt*

| 1. Name: *Poullard, Ryou* | 2. Register No.: *06429-078* | 3. Unit: *SA* | 4. Date: *7-19-06* |
|---|---|---|---|

5. ~~The contraband listed below was found in possession of, or in the living quarters of the above named inmate on~~ *7-19-06*

(Make a numerical list of contraband)

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. _____1_____ . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____ , received a copy of this inventory on *7-19-06* .
(inmate's signature)                                                              (date)

7. ~~Of the contraband listed in section 5 above, the inmate has established ownership to the following~~ (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

a. ___ I request the property be mailed to _____
_____ . I agree to pay mailing costs.

Inmate's Signature: _____  Date: _____

b. ___ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____  Date: _____

c. ___ (specify, e.g., donate to institution) _____ total

Inmate's Signature: _____  Date: *8-18-06*

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons):
Nos. _____

_____              _____
Signature/Printed Name of Staff Member Determining Method of Disposal              Date

_____              _____
Signature/Printed Name of Staff Member Disposing of Property              Date

_____              _____
When Property is Destroyed, Signature/Printed Name of Staff Witness              Date

cc: Central File
    Chief Correctional Supervisor
    Inmate Systems Manager
    Inmate

Printed on Recycled Paper

BP-402(58)
January 1983
USP LVN

Exhibit N

**DISCIPLINE HEARING OFFICER REPORT**
**U.S. DEPARTMENT OF JUSTICE**

**BP-S305.052 MAY 94**
**FEDERAL BUREAU OF PRISONS**

| INSTITUTION | FCIL Beaumont, Texas | INCIDENT REPORT NUMBER | | 1491830 |
|---|---|---|---|---|
| INMATE NAME | POULLARD, Ryan | REG NO | 06429-078 | UNIT | SA |
| DATE OF INCIDENT | July 19, 2006 | DATE OF INCIDENT REPORT | | July 19, 2006 |
| OFFENSE CODE (S) | 305 / 330 | | | |
| SUMMARY OF CHARGES | Possessing anything unauthorized / Being unsanitary | | | |

| I   NOTICE OF CHARGE (S) |
|---|
| A.   Advanced written notice of charge (copy of Incident Report) was given to inmate on July 20, 2006, at 9:50 am, by C. Jack, Lieutenant. |
| B.   The DHO Hearing was held on August 8, 2006, at 10:15 a.m. |
| C.   The inmate was advised of his/her rights before the DHO on July 21, 2006, by S. Baird, Unit Team and a copy of the advisement of rights form is attached. |

**II   STAFF REPRESENTATIVE**

| A.   Inmate waived right to staff representative | Yes | x | | No | |
|---|---|---|---|---|---|

| B.   Inmate requested staff representative and    N/A    appeared. |
|---|
| C.   Requested staff representative declined or could not appear, but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:   N/A |

| D.   Staff representative | N/A | was appointed. |
|---|---|---|

| E.   Staff representative statement:  N/A |
|---|

**III   PRESENTATION OF EVIDENCE**

| A.   Inmate admits | | denies | | neither | x | the charges. |
|---|---|---|---|---|---|---|

| B.   Summary of inmate statement:   "The Bureau does not provide me with a space to offer my sacrifice. so I have my sanctuary in part of my locker. I do not have enough room in my locker for my personal stuff. ~~My family sent me the technical manual along with some tarot cards.~~" |
|---|

| 1.   The inmate requested witness (es) | Yes | x | | No | |
|---|---|---|---|---|---|

| 2.   The following persons were called as witnesses at this hearing and appeared (include each witnesses' name, title, reg number and statement as appropriate):  N/A |
|---|

| 3.   The following persons requested were not called for the reason (s) given:   witnesses (staff) provided supporting memorandums used by DHO - cannot call as witnesses. |
|---|

| 4.   Unavailable witnesses were requested to submit written statements | Yes | | No | | N A | X |
|---|---|---|---|---|---|---|

Sensitive - Limited Official Use
Page 1 of 3