UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, <br><br> Plaintiff <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-836 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S
MOTION TO FILE SUPPLEMENTAL PLEADING**

Defendant Federal Bureau of Prisons respectfully moves for a thirty day enlargement of time to respond to the Plaintiff's August 8, 2007 Motion to File Supplemental Pleading. In support of this request, defendant states as follows:

(1) On or around August 8, 2007, defendant received ECF notification of plaintiff's motion to file supplemental pleading. See Docket Entry 10. On or around August 15, 2007, the defendant also received a hard copy of this same motion via the mail. In this mailed copy, plaintiff indicated that he delayed mailing a copy of the motion to the defendant because he did not have enough money for postage to send the court's copy and the defendant's copy at the same time. Exhibit 1. Plaintiff attached a certificate of service stating that he placed this motion into the mail on August 7, 2007. Id. at 2. By defendant's determination, its response is due on or about August 23, 2007.

(2) In plaintiff's supplemental pleading, he appears to be raising new claims related to the alleged denial of certain religious accommodations. Plaintiff maintains that he has filed at

least four administrative grievances related to these claims. Plaintiff has also amended the relief that he is requesting.

(3) The undersigned counsel requires additional time to discuss the plaintiff's motion and his apparent new claims with the Agency and to coordinate its response. Among other things, Agency counsel is attempting to determine whether or not the plaintiff has fully exhausted his administrative remedies with regards to the four administrative grievances that he references in his supplemental pleading. Agency counsel will need to confer with various BOP personnel and may also need time to review documentation and procure any necessary declarations.

(4) The undersigned counsel has only been able to briefly discuss plaintiff's motion with the Agency counsel. The Agency counsel has been on leave for most of this week and will again be out of the office on military leave from August 20 through 24, 2007.

(5) The undersigned counsel will also be out of the office, in training, from August 21 through 24, 2007. Moreover, the undersigned counsel has a number of pleadings due the week of August 27 through 31, 2007, including pleadings in two FOIA cases (i.e. Barbosa v. DEA, et al., civil action no. 07-1052 and Dockery v. EOUSA, et al, civil action no. 07-0318) and two pleadings in an employment discrimination case (McAlister v. USPS, civil action no. 07-0016).

(6) This is the defendant's first motion for an enlargement. Defendant anticipates filing a dispositive motion. Furthermore, allowing defendant additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case. This extension is sought in good faith and will not unfairly prejudice any party.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, defendant respectfully requests that the time for responding to the plaintiff's motion to file supplemental pleading be enlarged so that defendant has until September 24, 2007 to submit a response.

          Respectfully submitted,

          \_\_\_/s/_____
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          United States Attorney

          \_\_\_/s/_____
          RUDOLPH CONTRERAS, D.C. BAR # 434122
          Assistant United States Attorney

          \_\_\_/s/_____
          QUAN K. LUONG
          Special Assistant United States Attorney
          555 Fourth Street, N.W., Room E-4417
          Washington, D.C. 20530
          (202) 514-9150 (telephone)
          (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on this 17th day of August, 2007, I caused service of the foregoing **DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING** to be made on the *pro se* plaintiff via first class mail:

    Ryan Poullard
    FCI Beaumont
    Reg. No. 06429-078
    P.O. Box 26020
    Beaumont, TX 77720-6020

                                           Respectfully submitted,

                                           _____/s/_____
                                           QUAN K. LUONG
                                           Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-836 (JDB) ) ) |
| FEDERAL BUREAU OF PRISONS, | ) ) |
| Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall file its response to the plaintiff's motion to file supplemental pleading on or before September 24, 2007.

_____
UNITED STATES DISTRICT JUDGE