UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-836 (JDB) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR STANDING ORDER AND MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Bureau of Prisons respectfully moves for a thirty day enlargement of time to respond to the Plaintiff's motion requesting a standing order from the Court and motion for summary judgment. In support of this request, defendant states as follows:

1. On October 22, 2007, defendant received ECF notification of plaintiff's motion requesting a standing order from the Court and motion for summary judgment. See Docket Entries 13 and 14. Defendant has not received a hard copy of these motions; in plaintiff's certificate of service, he indicates that he only served a copy of these motions upon the District Court. Docket Entry 14 at 4. Based upon the date of receipt of the ECF notification, defendant has determined that its responses are due on or about November 5, 2007.

2. This case has been recently reassigned to Assistant United States Attorney Kenneth Adebonojo. Mr. Adebonojo is currently in South Carolina on work related training, has not yet been able to enter a substitution of counsel, and will

        not return until next week. Moreover, the undersigned counsel is currently preparing for a two week trial before Magistrate Judge Robinson, scheduled to begin on November 5, 2007.

3. Upon his return to the office, Mr. Adebonojo will require additional time to review the case file and the plaintiff's motions and confer with Agency counsel. Moreover, it is my understanding that Mr. Adebonojo has a number of matters in other cases that he will need to address upon his return.

4. Allowing defendant additional time to formulate its responses will aid both the parties and the Court in the development and resolution of this case. This extension is sought in good faith and will not unfairly prejudice any party.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, defendant respectfully requests that the time for responding to the plaintiff's motions requesting a standing order from the court and motion for summary judgment be enlarged so that defendant has until December 5, 2007 to submit its

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se party*)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

responses.[2]

                                               Respectfully submitted,

                                               ___/s/_____
                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                               United States Attorney

                                               ___/s/_____
                                               RUDOLPH CONTRERAS, D.C. BAR # 434122
                                               Assistant United States Attorney

                                               ___/s/_____
                                               QUAN K. LUONG
                                               Special Assistant United States Attorney
                                               555 Fourth Street, N.W., Room E-4417
                                               Washington, D.C. 20530
                                               (202) 514-9150 (telephone)
                                               (202) 514-8780 (facsimile)

---

[2]  Plaintiff's motion for summary judgment appears to be nothing more than a reply to defendant's opposition to plaintiff's motion to supplement, in which case, no further reply may be necessary. See Docket Entries 10 and 12. However, the undersigned respectfully requests that AUSA Adebonojo may allowed to review the motion and make this determination himself.

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 24th day of October 2007, I caused service of the foregoing **DEFENDANT'S MOTION TO ENLARGE TIME** to be made on the *pro se* plaintiff via first class mail:

    Ryan Poullard
    FCI Beaumont
    Reg. No. 06429-078
    P.O. Box 26020 Beaumont, TX 77720-6020

        Respectfully submitted,

        _____/s/_____
        QUAN K. LUONG
        Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN POULLARD, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-836 (JDB) ) ) |
| FEDERAL BUREAU OF PRISONS, | ) ) |
| Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall file its responses to the plaintiff's motion requesting a standing order from the Court and plaintiff's motion for summary judgment, if necessary, by no later than December 5, 2007.

_____
UNITED STATES DISTRICT JUDGE