UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD ) | |
| ) | Civil Action No.: 07-0836 (JDB) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Quan K. Luong as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Ryan Poullard**, via U.S. Postage addressed as follows:

**RYAN POULLARD**
R06429-078
Beaumont FCC (Low Security)
P.O. Box 26020
Beaumont, TX 77720-6020

              /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov