UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN POULLARD,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | Civil Action No. 07-836 (JDB) |
| v. ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR STANDING ORDER AND MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Bureau of Prisons ("Defendant") respectfully moves for an enlargement of time to respond to the Plaintiff's motion requesting a standing order from the Court and Motion for Summary Judgment. Defendant respectfully requests until January 7, 2008. In support of this request, Defendant states as follows:

1.  Defendant's response is currently due on December 5, 2007.

2.  Because this case was recently reassigned, the undersigned respectfully requests the additional time to review the case file, Plaintiff's motions and to confer with Agency counsel. In addition, the undersigned requests the additional time in light of the upcoming holidays and the tendency for Agency staff to take time off during this time of the year.

3.  Plaintiff is a prisoner, appearing here *pro se*, therefore Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, based on the foregoing, Defendant respectfully requests that this motion be granted.

The undersigned respectfully requests a minute order.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4210
Washington, D.C. 20530
(202) 514-7157 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-836 (JDB) ) ) |
| FEDERAL BUREAU OF PRISONS, | ) ) |
| Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of the Defendant's motion for enlargement of time, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file its responses to the plaintiff's motion requesting a standing order from the Court and plaintiff's Motion for Summary Judgment, if necessary, by no later than January 7, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Ryan Poullard
FCI Beaumont
Reg. No. 06429-078
P.O. Box 26020
Beaumont, TX 77720-6020

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 30th day of December 2007, I caused service of the foregoing **DEFENDANT'S MOTION TO ENLARGE TIME** to be made on the *pro se* plaintiff via first class mail:

        Ryan Poullard
        FCI Beaumont
        Reg. No. 06429-078
        P.O. Box 26020 Beaumont, TX 77720-6020

                Respectfully submitted,

                _____/s/_____
                KENNETH ADEBONOJO
                Assistant United States Attorney