UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN POULLARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 07-836 (JDB) |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR STANDING ORDER AND MOTION FOR SUMMARY JUDGMENT**

Federal Bureau of Prisons ("Defendant") respectfully moves for an enlargement of time to respond to the Plaintiff's motion requesting a standing order from the Court and Motion for Summary Judgment. Defendant respectfully requests until January 24, 2008. In support of this request, Defendant states as follows:

1. Defendant's response is currently due on January 7, 2008.

2. While Defendant's response is almost complete, the undersigned request the additional time to clarify certain issues with Agency Counsel and to secure supervisory review.

3. Plaintiff is a prisoner, appearing here *pro se*, therefore Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that this motion be granted.

The undersigned respectfully requests a minute order.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

January 5, 2008                                    Respectfully submitted,

                                                                                                                                                                                          _/s/_____
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney

                                                  _/s/_____
                                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                  Assistant United States Attorney

                                                  _/s/_____
                                                  KENNETH ADEBONOJO
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W., Room E-4210
                                                  Washington, D.C. 20530
                                                  (202) 514-7157 (telephone)
                                                  (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January 2008, I caused service of the foregoing **DEFENDANT'S MOTION TO ENLARGE TIME** to be made on the *pro se* plaintiff via first class mail:

>Ryan Poullard
>FCI Beaumont
>Reg. No. 06429-078
>P.O. Box 26020 Beaumont, TX 77720-6020

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney