Case 1:07-cv-00836-JDB   Document 19   Filed 01/16/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN POULLARD,** | ) |
| **Plaintiff** | ) |
| | ) Civil Action No. 07-836 (JDB) |
| v. | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR STANDING ORDER AND MOTION FOR SUMMARY JUDGMENT**

Federal Bureau of Prisons ("Defendant") respectfully moves for an enlargement of time to respond to the Plaintiff's motion requesting a standing order from the Court and Motion for Summary Judgment. Defendant respectfully requests until January 18, 2008. In support of this request, Defendant states as follows:

1. Defendant's response is currently due tomorrow, January 17, 2008.

2. For the last two days, the undersigned has been unexpectedly embroiled in an evidentiary hearing before the Honorable Richard J. Leon, U.S.D.J., in the Fannie Mae litigation, involving the Office of Federal Housing Enterprise Oversight.

3. Plaintiff is a prisoner, appearing here *pro se*, therefore Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that this motion be granted.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel" and nonprisoner pro se parties.

The undersigned respectfully request a minute order.

January 16, 2008                              Respectfully submitted,

                                              _/s/_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              _/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              _/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W., Room E-4210
                                              Washington, D.C. 20530
                                              (202) 514-7157 (telephone)
                                              (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of January 2008, I caused service of the foregoing **DEFENDANT'S MOTION TO ENLARGE TIME** to be made on the *pro se* plaintiff via first class mail:

>Ryan Poullard
>FCI Beaumont
>Reg. No. 06429-078
>P.O. Box 26020 Beaumont, TX 77720-6020

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney