UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN POULLARD,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action No.  07-0836 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion to Dismiss [Dkt. #7] is DENIED WITHOUT PREJUDICE.  It is further

ORDERED that plaintiff's Motion Requesting Permission to Supplement Original Pleading In Response to Defendant's Motion to Dismiss With Supplemental Pleading Attached [Dkt. #10], construed as a motion to amend the complaint, is GRANTED IN PART.  Plaintiff's proposed "Supplemental Pleading" is construed as an Amended Complaint, and the Clerk of Court shall docket it and its supporting exhibits as a separate docket entry.  It is further

ORDERED that plaintiff's Motion for Summary Judgment [Dkt. #13] is DENIED WITHOUT PREJUDICE.  It is further

ORDERED that plaintiff's Motion Requesting a Standing Order From the Court [Dkt. #14] is DENIED WITHOUT PREJUDICE.  It is further

ORDERED that this action shall be TRANSFERRED to the United States District Court

for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a).

    SO ORDERED.

                                                                                            /s/
                                                            JOHN D. BATES
                                                            United States District Judge

Date:  March 6, 2008